UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

DEBRA POWELL, an individual,

                Plaintiff,

v.

JOHN DENNIS RASMUSSEN, an individual, COLTON RASMUSSEN, an individual, IAN RASMUSSEN, an individual, and HEIDI RASMUSSEN, an individual,

                Defendants.

Case No. 2:19-cv-1077-JR

ORDER

Russo, Magistrate Judge:

    Plaintiff brings this action alleging claims for conversion, replevin, breach of fiduciary duty and shareholder oppression related to a farm in eastern Oregon she co-owns with her brother Defendant Dennis Rasmussen.

    On July 13, 2020, plaintiff submitted an email request to compel production of documents from defendant Colton Rasmussen and depositions of defendants Colton and Heidi Rasmussen.

1 -   ORDER

Plaintiff's counsel indicates currently pro se defendants Colton and Heidi Rasmussen have stopped meaningfully participating in this case and have failed to comply with their discovery obligations despite their previous counsel's agreement to produce the requested documents. To date, defendants Colton and Heidi Rasmussen have failed to respond to the Court's inquiry regarding whether they intend to respond to the request. Accordingly, plaintiff's request to compel is granted as follows:

1.  Defendant Colton Rasmussen shall produce, no later than July 27, 2020, the following categories of documents listed in Plaintiff's First Request for Production:

    - Documents responsive to Request No. 1;
    - Documents responsive to Request No. 2;
    - Documents responsive to Request No. 3, including the "email communications with plaintiff about the use such equipment" Colton Rasmussen referenced in response to Interrogatory No. 3;
    - Documents responsive to Request No. 5;
    - Documents responsive to Request No. 6;
    - Documents responsive to Request No. 9;
    - Documents responsive to Request No. 10; and
    - Documents responsive to Request No. 11.

2.  Compelling defendant Colton Rasmussen to sit for a deposition (by video or in-person) on August 5, 2020 at 9:00 am at Anderson Law Office, 1206 Penn Avenue, La Grande, OR 97850 or another date as agreed upon by all parties.

2 -   ORDER

3.      Compelling defendant Heidi Rasmussen to sit for a deposition (by video or in-person) on August 6, 2020 at 9:00 am at Anderson Law Office, 1206 Penn Avenue, La Grande, OR 97850 or another date as agreed upon by all parties.

## CONCLUSION

Plaintiff's email request to compel, dated July 13, 2020, is granted as noted above.

DATED this 16th day of July, 2020.

_____/s/ Jolie A. Russo_____
JOLIE A. RUSSO
United States Magistrate Judge

3 -   ORDER