UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

DEBRA POWELL, an individual,

        Plaintiff,

v.

JOHN DENNIS RASMUSSEN, an individual, COLTON RASMUSSEN, an individual, IAN RASMUSSEN, an individual, and HEIDI RASMUSSEN, an individual,

        Defendants.

Case No. 2:19-cv-1077-JR

ORDER

Russo, Magistrate Judge:

On July 16, 2020, the court issued an order compelling, among other things, the depositions of defendants Heidi and Colton Rasmussen. The court is informed that the location originally scheduled for the depositions is unavailable. Accordingly, the Court modifies its July 16, 2020 order as follows:

1 -   ORDER

Defendant Colton Rasmussen shall sit for a deposition (by video or in-person) on August 5, 2020 at 9:00 am (or another date as agreed upon by all parties) at the Service Counter of the Union County Circuit Court, 1105 K Avenue, La Grande, Oregon 97850, to be directed to an assigned room where the video deposition will occur. All other parties and their counsel can appear and participate in the deposition by accessing the following link and using the information below:

Join Zoom Meeting:

https://us02web.zoom.us/j/89417184816?pwd=WUFIU1k4RFJ5RjNRVWpRanZtMG5BZz09

Meeting ID: 894 1718 4816

Passcode: 595908

Defendant Heidi Rasmussen shall sit for a deposition (by video or in-person) on August 6, 2020 at 9:00 am (or another date as agreed upon by all parties) at the Service Counter of the Union County Circuit Court, 1105 K Avenue, La Grande, Oregon 97850, to be directed to an assigned room where the video deposition will occur. All other parties and their counsel can appear and participate in the deposition by accessing the following link and using the information below:

Join Zoom Meeting:

https://us02web.zoom.us/j/86734091018?pwd=bWhlalBJZkhWcjVtbG1iZFA5YWh1dz09

Meeting ID: 867 3409 1018

Passcode: 239272

DATED this 23rd day of July, 2020.

        /s/ Jolie A. Russo
        JOLIE A. RUSSO
    United States Magistrate Judge

2 -   ORDER