FROM: John Dennis Rasmussen
      On the county at Large, Union
      Non-Domestic
      c/o: 65465 Market Lane
      Cove, Oregon [97824]

TO:   UNITED STATES DISTRICT COURT
      DISTRICT OF OREGON, PORTLAND DIVISION
      ATTN: CLERK
      1000 S.W. Third Ave
      Portland, Oregon [97204]

FILED 11 OCT '24 10:33 USDC-ORP

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON, PORTLAND DIVISION

| | |
|---|---|
| DEBRA POWELL, an individual, ) | **Case No.: 2:19-CV-1077-JR** |
|    Plaintiff, ) | |
| v. ) | **Notice of Lodgment** |
| JOHN DENNIS RASMUSSEN, ) | **Bar Complaint** |
| COLTON RASMUSSEN, and IAN ) | |
| RASMUSSEN (all individuals), ) | |
| Defendants, ) | |
| and ) | |
| TERRA-MAGIC, INC., an Oregon ) | |
| corporation, and TERRA-MAGIC ) | |
| SEEDS, LTD., an Oregon corporation, ) | |
| Nominal Defendants. ) | |
| ——————————————————— ) | |
| John Dennis Rasmussen, Real Party in ) | |
| Interest (RPII) ) | |
| -------------------------------------------------- ) | |

See attachments that are Bar complaints that attach the applicable Bar member's

bonds for violations stated therein.

Executed by my own hand this ___7th___ day of October 2024

_____
John Dennis Rasmussen, In Propria Persona

| Oregon State Bar | **Oregon State Bar** *Ethics Complaint Form* | **Return completed form to:** Oregon State Bar Client Assistance Office PO Box 231935 Tigard, OR 97281-1935 |
| --- | --- | --- |

or email a copy to **CAO@osbar.org**

## GENERAL INSTRUCTIONS

**PLEASE NOTE:** Our process is NOT confidential. Keep this in mind as you decide what personal information to send. All materials received are considered public record. A copy of this inquiry will be provided to the attorney you expressed concerns about.

- Additional information regarding the Client Assistance Office can be found at **www.osbar.org/cao**. Valuable time can be saved if you understand the complaint process. If you have questions about our process, please call (503) 431-6480 or (800) 452-8260 and ask to speak to the Client Assistance Office.

- You may submit this form to our office by email (CAO@osbar.org) or by regular mail (Oregon State Bar, Client Assistance Office, PO Box 231935, Tigard, OR 97281-1935).

- If you provide an email address, we will use that address unless the documents the CAO are transmitting are too large to send electronically, in which case you will receive them at the mailing address you provided on the complaint form.

- This complaint may be submitted in any language.

- **Please keep a copy of what you send to us.** Public record requests are subject to charges.

### Name and Address of **COMPLAINANT**

**Today's Date:**

**Name: Mr.*** ✓  **Ms.**** ☐  **Mx.*****  ☐  John Dennis Rasmussen

**Email Address:** dennis@remediation.club

**Address:** c/o: 65465 Market Lane

**City/State/Zip:** Cove, Oregon [97824]

**Primary Telephone: (    )**          **Secondary Telephone: (    )**

*(he/him/his)  **(she/her/hers)  ***(they/them/theirs)

### Name and Address of **ATTORNEY**

**Name: Mr.*** ☐  **Ms.**** ✓  **Mx.*****  ☐  Jolie A. Russo, Bar No. 882999,

**Address:** Mark O. Hatfield United States Courthouse Room 1307, 1000 Southwest Third Avenue

**City/State/Zip:** Portland, Oregon [97204-2946]

**Primary Telephone: (    )**          **Secondary Telephone: (    )**

### WHAT IS YOUR COMPLAINT?

**Use the following page to outline your complaint, attaching additional pages if needed.** Please be as specific yet concise as possible and remember to specify **what** your complaint is, **when** it happened, **where** the incident occurred, **why** you went to the attorney, and any other factors you can think of that are relevant to your complaint.

09/22

Failed to process GSA Bonds to discharge case number 2:19-CV-1077-JR, UNITED STATES DISTRICT COURT, DISTRICT OF OREGON, PORTLAND DIVISION, registered with the United Kingdom, were tendered in accord with the United Nations Convention on Contracts for the International Sale of Goods (CISG). This attorney in aconcert with others didviolate the premises of Title 48 CFR Ch. 1 §53.228 Bonds and Insurance, Title 18 USC 2073, Title 26 USC 6325(a)(2), Department of Agriculture Rural Development Rural Housing Service v. Kirtz, U.S. Supreme Court, Case No. 22-846, Argued November 6, 2023—Decided February 8, 2024, 28 U.S. Code § 2041 - Deposit of moneys in pending or adjudicated cases, Courts operate as banks. Banks operate in accord with Title 12 USC 266, IRS Tax Publication 1099-A instructions page 3, "Who is required to file?", UCC 3-307. NOTICE OF BREACH OF FIDUCIARY DUTY, 15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty, 18 U.S. Code § 371 - Conspiracy to commit offense or to defraud United States, UCC § 3-603 TENDER OF PAYMENT.

Furthermore, said Bar member lied about the above premises existence, and then violated Annotated Model Rules of Professional Conduct, Rule 1.1 (competence), 1.3 (Diligence), 3.3(a)(1) (Candor toward the Tribunal), 3.4 (Fairness to Opposing Party and Counsel), 4.1 (Truthfulness in Statements to Others), 4.4 (Respect with Persons other than Clients), and 8.4 (Misconduct).

The Bar Association has the Primary Active Degree of Fault due to it being the licensing authority for its (Judicial Officer) Attorney engaging in Attorner activities of the Clerk of Court/Judge in question.



# Oregon State Bar
# *Ethics Complaint Form*

**Return completed form to:**
Oregon State Bar
Client Assistance Office
PO Box 231935
Tigard, OR 97281-1935

or email a copy to **CAO@osbar.org**

## GENERAL INSTRUCTIONS

**PLEASE NOTE:** Our process is NOT confidential. Keep this in mind as you decide what personal information to send. All materials received are considered public record. A copy of this inquiry will be provided to the attorney you expressed concerns about.

- Additional information regarding the Client Assistance Office can be found at **www.osbar.org/cao**. Valuable time can be saved if you understand the complaint process. If you have questions about our process, please call (503) 431-6480 or (800) 452-8260 and ask to speak to the Client Assistance Office.

- You may submit this form to our office by email (CAO@osbar.org) or by regular mail (Oregon State Bar, Client Assistance Office, PO Box 231935, Tigard, OR 97281-1935).

- If you provide an email address, we will use that address unless the documents the CAO are transmitting are too large to send electronically, in which case you will receive them at the mailing address you provided on the complaint form.

- This complaint may be submitted in any language.

- **Please keep a copy of what you send to us.** Public record requests are subject to charges.

---

### Name and Address of **COMPLAINANT**

**Today's Date:**

**Name: Mr.*** ✓  **Ms.**** ☐  **Mx.*****  ☐   John Dennis Rasmussen

**Email Address:**  dennis@remediation.club

**Address:**   c/o: 65465 Market Lane

**City/State/Zip:** Cove, Oregon [97824]

**Primary Telephone: (      )**                    **Secondary Telephone: (      )**

*(he/him/his)  **(she/her/hers)  ***(they/them/theirs)

### Name and Address of **ATTORNEY**

**Name: Mr.*** ✓  **Ms.**** ☐  **Mx.*****  ☐   Steven L. Naito OSB No. 803215

**Address:**   2014 NE Broadway

**City/State/Zip:** Portland, Oregon [97232-1511]

**Primary Telephone: (      )**                    **Secondary Telephone: (      )**

## WHAT IS YOUR COMPLAINT?

**Use the following page to outline your complaint, attaching additional pages if needed.** Please be as specific yet concise as possible and remember to specify **what** your complaint is, **when** it happened, **where** the incident occurred, **why** you went to the attorney, and any other factors you can think of that are relevant to your complaint.

09/22

Failed to process GSA Bonds to discharge case number 2:19-CV-1077-JR, UNITED STATES DISTRICT COURT, DISTRICT OF OREGON, PORTLAND DIVISION, registered with the United Kingdom, were tendered in accord with the United Nations Convention on Contracts for the International Sale of Goods (CISG). This attorney in aconcert with others didviolate the premises of Title 48 CFR Ch. 1 §53.228 Bonds and Insurance, Title 18 USC 2073, Title 26 USC 6325(a)(2), Department of Agriculture Rural Development Rural Housing Service v. Kirtz, U.S. Supreme Court, Case No. 22-846. Argued November 6, 2023—Decided February 8, 2024, 28 U.S. Code § 2041 - Deposit of moneys in pending or adjudicated cases, Courts operate as banks. Banks operate in accord with Title 12 USC 266, IRS Tax Publication 1099-A instructions page 3, "Who is required to file?", UCC 3-307. NOTICE OF BREACH OF FIDUCIARY DUTY, 15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty, 18 U.S. Code § 371 - Conspiracy to commit offense or to defraud United States, UCC § 3-603 TENDER OF PAYMENT.

Furthermore, said Bar member lied about the above premises existence, and then violated Annotated Model Rules of Professional Conduct, Rule 1.1 (competence), 1.3 (Diligence), 3.3(a)(1) (Candor toward the Tribunal), 3.4 (Fairness to Opposing Party and Counsel), 4.1 (Truthfulness in Statements to Others), 4.4 (Respect with Persons other than Clients), and 8.4 (Misconduct).

The Bar Association has the Primary Active Degree of Fault due to it being the licensing authority for its (Judicial Officer) Attornee engaging in Attorner activities of the Clerk of Court/Judge in question.



# Oregon State Bar
# *Ethics Complaint Form*

**Return completed form to:**
Oregon State Bar
Client Assistance Office
PO Box 231935
Tigard, OR 97281-1935

or email a copy to **CAO@osbar.org**

## GENERAL INSTRUCTIONS

**PLEASE NOTE:** Our process is NOT confidential. Keep this in mind as you decide what personal information to send. All materials received are considered public record. A copy of this inquiry will be provided to the attorney you expressed concerns about.

- Additional information regarding the Client Assistance Office can be found at **www.osbar.org/cao**. Valuable time can be saved if you understand the complaint process. If you have questions about our process, please call (503) 431-6480 or (800) 452-8260 and ask to speak to the Client Assistance Office.

- You may submit this form to our office by email (CAO@osbar.org) or by regular mail (Oregon State Bar, Client Assistance Office, PO Box 231935, Tigard, OR 97281-1935).

- If you provide an email address, we will use that address unless the documents the CAO are transmitting are too large to send electronically, in which case you will receive them at the mailing address you provided on the complaint form.

- This complaint may be submitted in any language.

- **Please keep a copy of what you send to us.** Public record requests are subject to charges.

## Name and Address of **COMPLAINANT**

**Today's Date:**

**Name: Mr.*** [✓]   **Ms.**** [ ]   **Mx.**** [ ]   John Dennis Rasmussen

**Email Address:** dennis@remediation.club

**Address:** c/o: 65465 Market Lane

**City/State/Zip:** Cove, Oregon [97824]

**Primary Telephone: (   )**          **Secondary Telephone: (   )**

*(he/him/his)   **(she/her/hers)   ***(they/them/theirs)

## Name and Address of **ATTORNEY**

**Name: Mr.*** [✓]   **Ms.**** [ ]   **Mx.**** [ ]   Peter M. Grabiel, OSB No. 171964

**Address:** 210 SW Morrison St., Suite 600

**City/State/Zip:** Portland, Oregon [97204]

**Primary Telephone: (   )**          **Secondary Telephone: (   )**

## WHAT IS YOUR COMPLAINT?

**Use the following page to outline your complaint, attaching additional pages if needed.** Please be as specific yet concise as possible and remember to specify **what** your complaint is, **when** it happened, **where** the incident occurred, **why** you went to the attorney, and any other factors you can think of that are relevant to your complaint.

09/22

Failed to process GSA Bonds to discharge case number  2:19-CV-1077-JR, UNITED STATES DISTRICT COURT, DISTRICT OF  OREGON, PORTLAND DIVISION, registered with the United Kingdom, were tendered in accord with the United Nations Convention on Contracts for the International Sale of Goods (CISG). This attorney in aconcert  with others didviolate the premises of Title 48 CFR Ch. 1 §53.228 Bonds and Insurance, Title 18 USC 2073,  Title 26 USC 6325(a)(2),  Department of Agriculture Rural Development Rural Housing Service v. Kirtz, U.S.  Supreme Court, Case No. 22–846. Argued November 6, 2023—Decided February 8, 2024, 28 U.S. Code §  2041 - Deposit of moneys in pending or adjudicated cases, Courts operate as banks. Banks operate in accord with Title 12 USC 266, IRS Tax Publication 1099-A instructions page 3, "Who is required to file?",  UCC 3-307.  NOTICE OF BREACH OF FIDUCIARY DUTY, 15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal;  penalty, 18 U.S. Code § 371 - Conspiracy to commit offense or to defraud United States, UCC § 3-603  TENDER OF PAYMENT.

Furthermore, said Bar member lied about the above premises existence, and then violated Annotated Model Rules of Professional Conduct, Rule 1.1 (competence), 1.3 (Diligence), 3.3(a)(1) (Candor toward the Tribunal), 3.4 (Fairness to Opposing Party and Counsel), 4.1 (Truthfulness in Statements to Others), 4.4 (Respect with Persons other than Clients), and 8.4 (Misconduct).

The Bar Association has the Primary Active Degree of Fault due to it being the licensing authority for its (Judicial Officer) Attornee engaging in Attorner activities of the Clerk of Court/Judge in question.



# Oregon State Bar
## *Ethics Complaint Form*

**Return completed form to:**
Oregon State Bar
Client Assistance Office
PO Box 231935
Tigard, OR 97281-1935

or email a copy to **CAO@osbar.org**

## GENERAL INSTRUCTIONS

**PLEASE NOTE:** Our process is NOT confidential. Keep this in mind as you decide what personal information to send. All materials received are considered public record. A copy of this inquiry will be provided to the attorney you expressed concerns about.

- Additional information regarding the Client Assistance Office can be found at **www.osbar.org/cao**. Valuable time can be saved if you understand the complaint process. If you have questions about our process, please call (503) 431-6480 or (800) 452-8260 and ask to speak to the Client Assistance Office.

- You may submit this form to our office by email (CAO@osbar.org) or by regular mail (Oregon State Bar, Client Assistance Office, PO Box 231935, Tigard, OR 97281-1935).

- If you provide an email address, we will use that address unless the documents the CAO are transmitting are too large to send electronically, in which case you will receive them at the mailing address you provided on the complaint form.

- This complaint may be submitted in any language.

- **Please keep a copy of what you send to us.** Public record requests are subject to charges.

### Name and Address of **COMPLAINANT**

**Today's Date:**

Name: Mr.* ✓   Ms.**   Mx.***   John Dennis Rasmussen

Email Address: dennis@remediation.club

Address:   c/o: 65465 Market Lane

City/State/Zip: Cove, Oregon [97824]

Primary Telephone: (   )          Secondary Telephone: (   )

*(he/him/his)   **(she/her/hers)   ***(they/them/theirs)

### Name and Address of **ATTORNEY**

Name: Mr.* ✓   Ms.**   Mx.***   Jeff S. Pitzer, OSB No. 020846

Address:   210 SW Morrison St., Suite 600

City/State/Zip: Portland, Oregon [97204]

Primary Telephone: (   )          Secondary Telephone: (   )

## WHAT IS YOUR COMPLAINT?

**Use the following page to outline your complaint, attaching additional pages if needed.** Please be as specific yet concise as possible and remember to specify **what** your complaint is, **when** it happened, **where** the incident occurred, **why** you went to the attorney, and any other factors you can think of that are relevant to your complaint.

09/22

Failed to process GSA Bonds to discharge case number 2:19-CV-1077-JR, UNITED STATES DISTRICT COURT, DISTRICT OF OREGON, PORTLAND DIVISION, registered with the United Kingdom, were tendered in accord with the United Nations Convention on Contracts for the International Sale of Goods (CISG). This attorney in aconcert with others didviolate the premises of Title 48 CFR Ch. 1 §53.228 Bonds and Insurance, Title 18 USC 2073, Title 26 USC 6325(a)(2), Department of Agriculture Rural Development Rural Housing Service v. Kirtz, U.S. Supreme Court, Case No. 22–846. Argued November 6, 2023—Decided February 8, 2024, 28 U.S. Code § 2041 - Deposit of moneys in pending or adjudicated cases, Courts operate as banks. Banks operate in accord with Title 12 USC 266, IRS Tax Publication 1099-A instructions page 3, "Who is required to file?", UCC 3-307. NOTICE OF BREACH OF FIDUCIARY DUTY, 15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty, 18 U.S. Code § 371 - Conspiracy to commit offense or to defraud United States, UCC § 3-603 TENDER OF PAYMENT.

Furthermore, said Bar member lied about the above premises existence, and then violated Annotated Model Rules of Professional Conduct, Rule 1.1 (competence), 1.3 (Diligence), 3.3(a)(1) (Candor toward the Tribunal), 3.4 (Fairness to Opposing Party and Counsel), 4.1 (Truthfulness in Statements to Others), 4.4 (Respect with Persons other than Clients), and 8.4 (Misconduct).

The Bar Association has the Primary Active Degree of Fault due to it being the licensing authority for its (Judicial Officer) Attornee engaging in Attorner activities of the Clerk of Court/Judge in question.

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)
Jolie A. Russo, Bar No. 882999,

B. E-MAIL CONTACT AT SUBMITTER (optional)

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

United States Courthouse
1000 Southwest Third Avenue
Portland, Oregon 97204-2946

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME United States Courthouse | | | | |
|---|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME Russo, Esq. | FIRST PERSONAL NAME Jolie | ADDITIONAL NAME(S)/INITIAL(S) A | | SUFFIX |
| 1c. MAILING ADDRESS 1000 Southwest Third Avenue | CITY Portland | STATE OR | POSTAL CODE 97204 | COUNTRY |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME THE STATE BAR OF OREGON | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME JOLIE A. RUSSO | FIRST PERSONAL NAME Jolie | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS P.O. Box 231935 | CITY Tigard | STATE OR | POSTAL CODE 97281-1935 | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME JOHN DENNIS RASMUSSEN TRUST | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME Rasmussen | FIRST PERSONAL NAME John | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS 65465 Market Lane | CITY Cove | STATE OR | POSTAL CODE 97824 | COUNTRY |

4. COLLATERAL: This financing statement covers the following collateral:

THIS IS ACTUAL AND CONSTRUCTIVE NOTICE FOR THE BENEFIT OF THE DEPOSITORY SECURED PARTY/GRANTEE BENEFICIARYiCLAIMANT IN THIS TRUST ACTION FOR CLAIMANTS CLAIM; Any/all Commodity and trust deposit accounts and contracts attached collateral to secure collateral of the name JOHN DENNIS RASMUSSEN; rejects any/all assumption(s) of being Property as mentioned under Cannon 2:19-CV-1077-JR and assignment of anylall debt obligation to the Office of Secretary of the Treasury under 31 USC 3123; Good As AVAL.

5. Check only if applicable and check only one box:   Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)   ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:   6b. Check only if applicable and check only one box:

☑ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility   ☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):   ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☑ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 07/01/23)

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME
**United States Courthouse**

OR

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME
**Jolie A. Russo, Bar No. 882999,**

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME
**DEPARTMENT OF THE TREASURY**

OR

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1500 PENNSYLVANIA AVE #3413 | WASHINGTON | DC | 20220 | |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

Clerk of Courts is now ordered and to complete The Secured Party under UCC 3-306.

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

SECURED PARTY COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 07/01/23)

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| 9a. ORGANIZATION'S NAME |
|---|
| United States Courthouse |

OR

| 9b. INDIVIDUAL'S SURNAME | | |
|---|---|---|
| FIRST PERSONAL NAME | | |
| Jolie A. Russo, Bar No. 882999, | | |
| ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

10 DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME |
|---|
| UNITED STATES DISTRICT COURT, DISTRICT OF OREGON, PORTLAND DIVISION , |

OR

| 10b. INDIVIDUAL'S SURNAME | | | |
|---|---|---|---|
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| Jolie A. Russo | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1000 S.W. Third Ave | Portland | OR | 97204 | |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

Clerk of Courts is now ordered to complete The Secured Party payment discharge under UCC 3-306, and Title 28 USC 2041.

| 13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT: |
|---|---|
| | ☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing |
| 15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | 16. Description of real estate. |

17. MISCELLANEOUS:

SECURED PARTY COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 07/01/23)

## UCC FINANCING STATEMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS

18. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

18a. ORGANIZATION'S NAME
United States Courthouse

OR

18b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME
Jolie A. Russo, Bar No. 882999,

ADDITIONAL NAME(S)/INITIAL(S)      SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

19. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

19a. ORGANIZATION'S NAME
OFFICE OF THE ATTORNEY GENERAL

OR

| 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 165 E Seventh Ave. | Eugene | OR | 97401 | |

20. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

20a. ORGANIZATION'S NAME
Clerk of Court

OR

| 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| John Does 1-1 00 | | | | |
| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1000 S.W. Third Ave | Portland | OR | 97204 | |

21. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

21a. ORGANIZATION'S NAME
United States Courthouse

OR

| 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| Russo | Jolie | A | | |
| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1000 Southwest Third Avenue | Portland | OR | 97204 | |

22. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

22a. ORGANIZATION'S NAME

OR

| 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

23. ☑ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

23a. ORGANIZATION'S NAME

OR

| 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| Rasmussen | John | | Dennis | |
| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 65465 Market Lane | Cove | OR | 97824 | |

24. MISCELLANEOUS:

A Bar member cannot practice law without a Bond.

| **Bid Bond** (See Instructions on Page 3) | Date Bond Executed (Must Not Be Later Than Bid Opening Date) OPEN | **OMB Control Number: 9000-0001** **Expiration Date: 1/31/2027** |
|---|---|---|

| Principal (Legal Name And Business Address) | Type Of Organization ("X" One) |
|---|---|
| John Dennis Rasmussen<br>1000 S.W. 3rd Avenue Room 1027<br>Portland, Oregon [97204] | ☒Individual ☐Partnership ☐Joint Venture<br>☐Corporation ☐Other (Specify) |
| | State Of Incorporation<br>Oregon - 033005 |

**Surety(ies) (Name And Business Address)**

John Dennis Rasmussen
Depository Trust and Clearing Corporation
570 Washington Blvd. Jersey City, New Jersey [07310]

| Penal Sum Of Bond | | | | | Bid Identification | |
|---|---|---|---|---|---|---|
| Percent Of Bid Price | Amount Not To Exceed | | | | Bid Date | Invitation Number<br>RE 2:19-CV-1077-JR |
| | Million(s) | Thousand(s) | Hundred(s) | Cents | For (Construction, Supplies Or Services) | |
| | | | | | | |

**Obligation:**

We, the Principal and Surety(ies) are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**Conditions:**

The Principal has submitted the bid identified above.

**Therefore:**

The above obligation is void if the Principal - (a) upon acceptance by the Government of the bid identified above, within the period specified therein for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within the time specified (ten (10) days if no period is specified) after receipt of the forms by the Principal; or (b) in the event of failure to execute such further contractual documents and give such bonds, pays the Government for any cost of procuring the work which exceeds the amount of the bid.

Each Surety executing this instrument agrees that its obligation is not impaired by any extension(s) of the time for acceptance of the bid that the Principal may grant to the Government. Notice to the Surety(ies) of extension(s) is waived. However, waiver of the notice applies only to extensions aggregating not more than sixty (60) calendar days in addition to the period originally allowed for acceptance of the bid.

| Authorized For Local Reproduction<br>Previous Edition Is Not Usable | **STANDARD FORM 24 (REV. 10/2023)**<br>Prescribed by GSA - FAR (48 CFR) 53.228(a) |
|---|---|

**Witness:**

The Principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

**Principal**

| Signature(s) | 1. (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
|---|---|---|---|---|
| Name(s) And Title(s) (Typed) | 1. JOHN D. RASMUSSEN  Prieipal | 2. | 3. | |

**Individual Surety(ies)**

| Signature(s) | 1. (Seal) | 2. (Seal) |
|---|---|---|
| Name(s) (Typed) | 1. JOHN D. RASMUSSEN    PRINCIPAL | 2. |

**Corporate Surety(ies)**

| | | | State Of Incorporation | Liability Limit ($) | |
|---|---|---|---|---|---|
| **Surety A** | Name And Address | | | | |
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) And Title(s) (Typed) | 1. | 2. | | |
| **Surety B** | Name And Address | | State Of Incorporation | Liability Limit ($) | |
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) And Title(s) (Typed) | 1. | 2. | | |
| **Surety C** | Name And Address | | State Of Incorporation | Liability Limit ($) | |
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) And Title(s) (Typed) | 1. | 2. | | |
| **Surety D** | Name And Address | | State Of Incorporation | Liability Limit ($) | |
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) And Title(s) (Typed) | 1. | 2. | | |

| | | | State Of Incorporation | Liability Limit ($) | |
|---|---|---|---|---|---|
| **Surety E** | Name And Address | | | | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) And Title(s) (Typed) | 1. | 2. | | |
| **Surety F** | Name And Address | | State Of Incorporation | Liability Limit ($) | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) And Title(s) (Typed) | 1. | 2. | | |
| **Surety G** | Name And Address | | State Of Incorporation | Liability Limit ($) | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) And Title(s) (Typed) | 1. | 2. | | |

**Instructions**

1. This form is authorized for use when a bid guaranty is required. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. The bond may express penal sum as a percentage of the bid price. In these cases, the bond may state a maximum dollar limitation (e.g., 20% of the bid price but the amount not to exceed _____ dollars).

4. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the Liability Limit block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

**STANDARD FORM 24** (REV. 10/2023) **PAGE 3**

(b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "Corporate Surety(ies)." In the space designated "Surety(ies)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bond, provided that the sum total of their liability equals 100% of the bond penal sum.

(c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

5. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal"; and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

6. Type the name and title of each person signing this bond in the space provided.

7. In its application to negotiated contracts, the terms "bid" and "bidder" shall include "proposal" and "offeror."

---

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (MVCB), 1800 F Street, NW, Washington, DC 20405.

| **Payment Bond** (See Instructions On Page 3) | Date Bond Executed (Must be same or later than date of contract) OPEN | **OMB Control Number: 9000-0001** **Expiration Date: 1/31/2027** |
|---|---|---|

| Principal (Legal name and business address) | Type Of Organization ("X" one) |
|---|---|
| John Dennis Rasmussen 1000 S.W. 3rd Avenue Room 1027 Portland, Oregon [97204] | [x] Individual ☐ Partnership ☐ Joint Venture ☐ Corporation ☐ Other (Specify) |
| | State Of Incorporation Oregon - 033005 |

| Surety(ies) (Name(s) and business address(es)) | Penal Sum Of Bond | | | |
|---|---|---|---|---|
| Depository Trust and Clearing Corporation 570 Washington Blvd. Jersey City, New Jersey [07310] | Million(s) | Thousand(s) | Hundred(s) | Cents |
| | Contract Date OPEN | | Contract Number RE 2:19-CV-1077-JR | |

Obligation:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

Conditions:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

Witness:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| **Principal** | | | | | |
|---|---|---|---|---|---|
| Signature(s) | 1. (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| Name(s) & Title(s) (Typed) | 1. JOHN D. RASMUSSEN Principal | 2. | 3. | |
| **Individual Surety(ies)** | | | | |
| Signature(s) | 1. (Seal) | 2. (Seal) | |
| Name(s) (Typed) | 1. JOHN D. RASMUSSEN Principal | 2. | |
| **Corporate Surety(ies)** | | | | |
| Surety A | Name & Address | | State Of Incorporation | Liability Limit $ | |
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

| Authorized For Local Reproduction Previous Edition Is Not Usable | **STANDARD FORM 25A (REV. 10/2023)** Prescribed by GSA-FAR (48 CFR) 53.228(c) |
|---|---|

**Corporate Surety(ies) (Continued)**

| Surety | | | State Of Incorporation | Liability Limit $ | |
|---|---|---|---|---|---|
| **B** | Name & Address | | State Of Incorporation | Liability Limit $ | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |
| **C** | Name & Address | | State Of Incorporation | Liability Limit $ | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |
| **D** | Name & Address | | State Of Incorporation | Liability Limit $ | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |
| **E** | Name & Address | | State Of Incorporation | Liability Limit $ | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |
| **F** | Name & Address | | State Of Incorporation | Liability Limit $ | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |
| **G** | Name & Address | | State Of Incorporation | Liability Limit $ | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

**Instructions**

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under 40 USC Chapter 31, Subchapter III, Bonds. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the Liability Limit block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "Corporate Surety(ies)." In the space designated "Surety(ies)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**Paperwork Reduction Act Statement**

This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (MVCB), 1800 F Street, NW, Washington. DC 20405.

| **Affidavit Of Individual Surety** (See instructions on page 4) | **OMB Control Number: 9000-0001** **Expiration Date: 1/31/2027** | |
|---|---|---|
| State Of Oregon | County Of Union | ss. |

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. Where the sureties are acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

| 1. Name (First, Middle, Last) (Type or Print) John Dennis Rasmussen | 2A. Home Address (Number, Street, City, State, ZIP Code) 65465 Market Lane Cove, Oregon 97850 | |
|---|---|---|
| 3. Type And Duration Of Occupation Surety/Lifetime | | |
| | 2B. Telephone Number 541-975-4719 | 2C. Email Address jdr@oregonwireless.net |
| 4A. Name And Address Of Employer (Number, Street, City, State, ZIP Code) (If self-employed, so state) Self Employed/Oregon | 5A. Name And Address Of Individual Surety Broker Used (Number, Street, City, State, ZIP Code) Depository Trust and Clearing Corporation 570 Washington Blvd. Jersey City, New Jersey [07310] | |
| | 5B. Surety Broker Email Address | |
| 4B. Employer Email Address | 5C. Home Telephone Number | 5D. Business Telephone Number |
| 6A. Name And Address Of Financial Institution Submitting The Pledge Of Securities On Behalf Of Individual Surety (Number, Street, City, State, ZIP Code) | 6B. Financial Institution Email Address | 6C. Routing Transit Number (RTN) |
| | 6D. Contact Person Name | 6E. Contact Person Telephone Number |
| | 6F. Contact Person Email Address | |

7. The Following Is A True Representation Of The Assets I Have Pledged To The United States In Support Of The Attached Bond. (List The Committee On Uniform Securities Identification Procedures (CUSIP) Number And Par (Face) Amount Of Each Security).

RE 2:19-CV-1077-JR - See GSA FORMS; sf 24; sf 25; sf 1418; sf 28; sf 273; sf 274; sf 275 and 91

Birth Certificate Oregon - 033005 and Social Security 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; Bond Number ; Non - Negotiable set off 033005; Deposited with the United States Treasury

8. Identify All Liens, Judgements, Or Any Other Encumbrances Involving Subject Assets.

Jolie A. Russo; RE 2:19-CV-1077-JR; - See GSA FORMS; sf 24; sf 25; sf 1418; sf 28; sf 273; sf 274; sf 275 and 91.

9. Identify All Bonds, Including Bid Guarantees, For Which The Subject Assets Have Been Pledged Within Three Years Prior To The Date Of Execution Of This Affidavit.

Bid Bond issued by Jolie A. Russo; RE 2:19-CV-1077-JR: - See GSA FORMS; sf 24; sf 25; sf 1418; sf 28; sf 273; sf 274; sf 275 and 91.

**Documentation Of The Pledged Asset Must Be Attached.**

| 10. Signature | 11. Bond And Contract To Which This Affidavit Relates (where appropriate) |
|---|---|

**12. Subscribed And Sworn To Before Me As Follows:**

| a. Date Oath Administered | b. City And State (or other jurisdiction) | Official Seal |
|---|---|---|
| Month    Day    Year | *See attached notorial certificate* | |
| c. Name And Title Of Official Administering Oath (type or print) | d. Signature    e. My Commission Expires | |



State of Oregon

County of Union

Signed and Sworn to (or affirmed) before me on (date)

October 2 , 20 24 , by (name(s) of individual(s) making

statement) John D. Rasmussen .

Margaret N. Schonbachler

Notary Public – State of Oregon

OFFICIAL STAMP
MARGARET NELL SCHONBACHLER
NOTARY PUBLIC - OREGON
COMMISSION NO. 1019863
MY COMMISSION EXPIRES DECEMBER 12, 2025

Official Stamp

Document Description

This certificate is attached to page 3 of a Bid bond (title

or type of document), dated October 2 , 20 24 , consisting of 4 Pages.

CIAL STAMP
LL SCHONBACHLER
BLIC - OREGON
N NO. 1019863
DECEMBER 12, 2025

Instructions

1. Individual sureties on bonds executed in connection with Government contracts must complete and submit this form with the bond. (See Federal Acquisition Regulation (FAR) 28.203, 53.228(e).) The surety must have the completed form notarized.

2. No corporation, partnership, or other unincorporated association or firm, as such, is acceptable as an individual surety (i.e. must be a natural person). Likewise, members of a partnership are not acceptable as sureties on bonds that a partnership or an association, or any co-partner or member thereof, is the principal obligor. An individual surety will not include any financial interest in assets connected with the principal on the bond that this affidavit supports.

3. United States citizenship is a requirement for individual sureties for contracts and bonds when the contract is awarded in the United States. However, when the Contracting Officer is located in an outlying area or a foreign country, the individual surety is only required to be a permanent resident of the area or country in which the contracting officer is located.

4. All signatures of the affidavit submitted must be originals. Affidavits bearing reproduced signatures are not acceptable. An authorized person must sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of a firm, partnership, or joint venture, or an officer of the corporation involved.

**Paperwork Reduction Act Statement**

This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 0.3 hours to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (MVCB), 1800 F Street. NW, Washington, DC 20405.

**STANDARD FORM 28** (REV. 10/2023) **PAGE 4**

| Performance Bond For Other Than Construction Contracts (See Instructions on Page 3) | Date Bond Executed (Must be same or later than date of contract)<br><br>OPEN | OMB Control Number: 9000-0001<br>Expiration Date: 1/31/2027 | | | |
|---|---|---|---|---|---|
| Principal (Legal name and business address)<br><br>John Dennis Rasmussen<br>1000 S.W. 3rd Avenue Room 1027<br>Portland, Oregon [97204] | | Type of Organization ("X" one)<br>[X] Individual          [ ] Partnership<br>[ ] Joint Venture      [ ] Corporation | | | |
| | | State of Incorporation<br>Oregon - 033005 | | | |
| Surety(ies) (Name(s) and business address(es))<br><br>John Dennis Rasmussen<br>Depository Trust and Clearing Corporation<br>570 Washington Blvd.<br>Jersey City, New Jersey [07310] | | Penal Sum of Bond | | | |
| | | Million(s) | Thousand(s) | Hundred(s) | Cents |
| | | Contract Date<br>OPEN | | Contract Number<br>RE 2:19-CV-1077-JR | |
| | | Option Date | | Option Number | |

**Obligation:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**Conditions:**

The Principal has entered into the contract identified above.

**Therefore:**

The above obligation is void if the Principal: (1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during either the base term or an optional term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) is waived.

The guaranty for a base term covers the initial period of performance of the contract and any extensions thereof excluding any options. The guaranty for an option term covers the period of performance for the option being exercised and any extensions thereof.

The failure of a surety to renew a bond for any option term shall not result in a default of any bond previously furnished covering any base or option term.

**Witness:**

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

Authorized For Local Reproduction
Previous Edition Is Not Usable

STANDARD FORM 1418 (REV. 10/2023)
Prescribed by GSA-FAR (48 CFR) 53.228(n)

**Principal**

| | | | |
|---|---|---|---|
| Signature(s) | 1. _(signature)_ (Seal) | 2. (Seal) | Corporate Seal |
| Name(s) and Title(s) (Typed) | 1. JOHN D. RASMUSSEN Principal | 2. | |

**Individual Surety(ies)**

| | | | |
|---|---|---|---|
| Signature(s) | 1. _(signature)_ (Seal) | 2. (Seal) | |
| Name(s) (Typed) | 1. JOHN D. RASMUSSEN Principal | 2. | |

**Corporate Surety(ies)**

**Surety A**

| | | State of Incorporation | Liability Limit $ | |
|---|---|---|---|---|
| Name and Address | | | | Corporate Seal |
| Signature(s) | 1. | 2. | | |
| Name(s) and Title(s) (Typed) | 1. | 2. | | |

**Surety B**

| | | State of Incorporation | Liability Limit $ | |
|---|---|---|---|---|
| Name and Address | | | | Corporate Seal |
| Signature(s) | 1. | 2. | | |
| Name(s) and Title(s) (Typed) | 1. | 2. | | |

**Surety C**

| | | State of Incorporation | Liability Limit $ | |
|---|---|---|---|---|
| Name and Address | | | | Corporate Seal |
| Signature(s) | 1. | 2. | | |
| Name(s) and Title(s) (Typed) | 1. | 2. | | |

**Surety D**

| | | State of Incorporation | Liability Limit $ | |
|---|---|---|---|---|
| Name and Address | | | | Corporate Seal |
| Signature(s) | 1. | 2. | | |
| Name(s) and Title(s) (Typed) | 1. | 2. | | |

**Surety E**

| | | State of Incorporation | Liability Limit $ | |
|---|---|---|---|---|
| Name and Address | | | | Corporate Seal |
| Signature(s) | 1. | 2. | | |
| Name(s) and Title(s) (Typed) | 1. | 2. | | |

**STANDARD FORM 1418** (REV. 10/2023) **PAGE 2**

| | | | State of Incorporation | Liability Limit $ | |
|---|---|---|---|---|---|
| **Surety F** — Name and Address | | | | | Corporate Seal |
| Signature(s) | 1. | | 2. | | |
| Name(s) and Title(s) (Typed) | 1. | | 2. | | |
| **Surety G** — Name and Address | | | State of Incorporation | Liability Limit $ | Corporate Seal |
| Signature(s) | 1. | | 2. | | |
| Name(s) and Title(s) (Typed) | 1. | | 2. | | |

| Bond Premium ▶ | Rate Per Thousand ($) | Total ($) |
|---|---|---|
| | | |

## Instructions

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "Corporate Surety(ies)." In the space designated "Surety(ies)" on the face of the form, insert only the letter identification of the sureties.

   (b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

6. Unless otherwise specified, the bond shall be submitted to the contracting office that awarded the contract.

**STANDARD FORM 1418** (REV. 10/2023) **PAGE 3**

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (MVCB), 1800 F Street, NW, Washington, DC 20405.

| Reinsurance Agreement For A Bonds Statute Performance Bond (See instructions on Page 3) | OMB Control Number: 9000-0001 Expiration Date: 1/31/2027 |
|---|---|
| 1.  Direct Writing Company*<br><br>John Dennis Rasmussen<br>1000 S.W. 3rd Avenue Room 1027<br>Portland, Oregon [97204] | 1A.  Date Direct Writing Company Executes This Agreement<br>OPEN |
| | 1B.  State Of Incorporation<br>Oregon - 033005 |
| 2.  Reinsuring Company*<br><br>Depository Trust and Clearing Corporation<br>570 Washington Blvd.<br>Jersey City, New Jersey [07310] | 2A.  Amount Of This Reinsurance ($) |
| | 2B.  Date Reinsuring Company Executes This Agreement<br>OPEN |
| | 2C.  State Of Incorporation |

| 3.  Description Of Contract | 4.  Description Of Bond |
|---|---|
| 3A.  Amount Of Contract | 4A.  Penal Sum Of Bond |
| 3B.  Contract Date  3C.  Contract Number | 4B.  Date Of Bond  4C.  Bond Number |
| 3D.  Description Of Contract | 4D.  Principal* |
| 3E.  Contracting Agency | 4E.  State Of Incorporation (If Corporate Principal) |

*Items 1, 2, 4D - Furnish legal name, business address and ZIP Code.

Authorized For Local Reproduction
Previous Edition Is Not Usable

**STANDARD FORM 273 (REV. 10/2023)**
Prescribed by GSA - FAR (48 CFR) 53.228(h)

Agreement:

(a) The Direct Writing Company named above is bound as surety to the United States of America on the performance bond described above, wherein the above described is the principal, for the protection of the United States on the contract described above.  The contract is for the construction, alteration, or repair of a public building or public work of the United States, and the performance bond was furnished to the United States under 40 U.S.C. chapter 31, subchapter III, Bonds, known as the Bonds Statute.  The Direct Writing Company has applied to the Reinsuring Company named above to be reinsured and counter-secured in the amount shown opposite the name of the Reinsuring Company (referred to as the "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the performance bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of the agreement.

Terms And Conditions:

(a) The purpose and intent of this agreement is to guarantee and indemnify the United States against loss under the performance and to the extent of the "Amount of this Reinsurance," or any sum less than the "Amount of this Reinsurance" that is owing and unpaid by the Direct Writing Company to the United States under the performance bond.

(b) If the Direct Writing Company fails to pay any default under the performance bond equal to or in excess of the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States, the obligee on the performance bond, the "Amount of this Reinsurance."  If the Direct Writing Company fails to pay to the United States any default for a sum less than the "Amount of this Reinsurance" the Reinsuring Company covenants and agrees to pay to the United States the full amount of the default, or so much thereof that is not paid to the United States by the Direct Writing Company.

(c) If there is a default on the performance bond for the "Amount of this Reinsurance," or more, the Reinsuring Company and the Direct Writing Company hereby covenant and agree that the United States may bring suit against the Reinsuring Company for the "Amount of this Reinsurance" or, in case the amount of the default is for less than the "Amount of this Reinsurance," for the full amount of the default.

Witness:

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing power to sign this instrument, and to be duly attested by officers empowered thereto, on the day and date above written opposite their respective names.

| 5. Direct Writing Company | | |
|---|---|---|
| 5A(1) Signature | (2) Attest: Signature | Corporate Seal |
| 5B(1) Name And Title (Typed)<br>JOHN D. RASMUSSEN | (2) Name And Title (Typed)<br>JOHN D. RASMUSSEN<br>Authorized Representative | |

STANDARD FORM 273 (REV. 10/2023) PAGE 2

| 6. Reinsuring Company | | |
|---|---|---|
| 6A(1) Signature | (2) Attest: Signature | Corporate Seal |
| 6B(1) Name And Title (Typed)<br>JOHN D. RASMUSSEN | (2) Name And Title (Typed)<br>JOHN D. RASMUSSEN<br>Authorized Representative | |

## Instructions

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Bonds Statute performance bonds running to the United States. See FAR (48 CFR) 28.202(a)(4) and 53.228(h).

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.

One copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of the Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.

## Paperwork Reduction Act Statement

This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (MVCB), 1800 F Street, NW, Washington, DC 20405.

| Reinsurance Agreement For A Bonds Statute Payment Bond (See instructions on Page 4) | OMB Control Number: 9000-0001 Expiration Date: 1/31/2027 |
|---|---|

| 1. Direct Writing Company* | 1A. Date Direct Writing Company Executes This Agreement |
|---|---|
| John Dennis Rasmussen 65465 Market Lane Cove, Oregon [97824] | OPEN |
| | **1B. State Of Incorporation** |
| | Oregon - 033005 |

| 2. Reinsuring Company* | 2A. Amount Of This Reinsurance |
|---|---|
| Depository Trust and Clearing Corporation | $ |
| 570 Washington Blvd. Jersey City, New Jersey [07310] | 2B. Date Reinsuring Company Executes This Agreement |
| | OPEN |
| | 2C. State Of Incorporation |

| 3. Description Of Contract | 4. Description Of Bond |
|---|---|

| 3A. Amount Of Contract | | 4A. Penal Sum Of Bond | |
|---|---|---|---|
| **3B. Contract Date** | **3C. Contract Number** | **4B. Date Of Bond** | **4C. Bond Number** |

| 3D. Description Of Contract | 4D. Principal* |
|---|---|
| Performance Bond Case No: RE 2:19-CV-1077-JR Jolie A. Russo 1000 S.W. 3rd Avenue Room 1027 Portland, Oregon [97204] | John Dennis Rasmussen 65465 Market Lane Cove, Oregon [97824] |
| **3E. Contracting Agency** | 4E. State Of Incorporation (If Corporate Principal) |

*Items 1, 2 ,4D - furnished legal name, business address and ZIP Code.

| Authorized For Local Reproduction Previous Edition Is Not Usable | **STANDARD FORM 274 (REV. 10/2023)** Prescribed by GSA - FAR (48 CFR) 53.228(i) |
|---|---|

Agreement:

(a) The Direct Writing Company named above is bound as a surety on the payment bond described above, wherein the above described is the principal, for the protection of all persons supplying labor and material on the contract described above, which is for the construction, alteration, or repair of a public building or public work of the United States. The payment bond is for the use of persons supplying labor or material, and is furnished to the United States under 40 U.S.C. chapter 31, subchapter III, Bonds, known as the Bonds Statute. The Direct Writing Company has applied to the Reinsuring Company named above to be reinsured and counter-secured in the amount above opposite the name of the Reinsuring Company (referred to as "Amount Of This Reinsurance"), or for whatever amount less than the "Amount Of This Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the payments bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

Terms And Conditions:

The purpose and intent of this agreement is (a) to guarantee and indemnify the persons who have furnished or supplied labor or material in the prosecution of the work provided for in the contract referred to above (hereinafter referred to as "laborers and materialmen," the term "materialmen" including persons having a direct contractual relation with a subcontractor but no contractual relationship expressed or implied with the contractor who has furnished the said payment bond) against loss under the payment bond to the extent of the "Amount Of This Reinsurance," or for any sum less than the "Amount Of This Reinsurance," that is owing and unpaid by the Direct Writing Company to the "laborers and materialmen" on the payment bond; and (b) to make the "laborers and materialmen" obligees under this Reinsurance Agreement to the same extent as if their respective names were written herein.

Therefore:

1. The Reinsuring Company covenants and agrees -

(a) To pay the "Amount Of This Reinsurance" to the "laborers and materialmen" in the event of the Direct Writing Company's failure to pay to the "laborers and materialmen" any default under the payment bond equal to or in excess of the "Amount Of This Reinsurance;" and

(b) To pay (1) the full amount to the "laborers and materialmen," or (2) the amount not paid to them by the Direct Writing Company; in case the Direct Writing Company fails to pay the "laborers and materialmen" any default under the payment bond less than the "Amount Of This Reinsurance."

2. The Reinsuring Company and the Direct Writing Company covenant and agree that, in the case of default on the payment bond for the "Amount Of This Reinsurance." or more, the persons given a "right of action" or a "right to sue" on the payment bond by 40 U.S.C. 3133 may bring suit against the Reinsuring Company in the United States District Court for the district in which the contract described above is to be performed and executed for the "Amount Of This Reinsurance" or, if the amount of the default is for less than the "Amount Of This Reinsurance," for whatever the full amount of the default may be.  The Reinsuring Company further covenants and agrees to comply with all requirements necessary to give such court jurisdiction, and to consent to determination of matters arising under this Reinsurance Agreement in accordance with the law and practice of the court.  It is expressly understood by the parties that the rights, powers, and privileges given in this paragraph to persons are in addition to or supplemental to or in accordance with other rights, powers, and privileges which they might have under the statutes of the United States, any States, or the other laws of either, and should not be construed as limitations.

3. The Reinsuring Company and the Direct Writing Company further covenant and agree that the Reinsuring Company designates the process agent, appointed by the Direct Writing Company in the district in which the contract is to be performed and executed, as an agent to accept service of process in any suit instituted on this Reinsurance Agreement, and that the process agent shall send, by registered mail, to the Reinsuring Company at its principal place of business shown above, a copy of the process.

4. The Reinsuring Company and the Direct Writing Company further covenant and agree that this Reinsurance Agreement is an integral part of the payment bond.

Witness:

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing the power to sign this instrument, and to be duly attested to by officers empowered thereto, on the day and date in Item 1A written opposite their respective names.

## 5. Direct Writing Company

| 5A (1) Signature | (2) Attest: Signature | Corporate |
|---|---|---|
| 5B. (1) Name And Title (Typed)<br>JOHN D. RASMUSSEN | (2) Name And Title (Typed)<br>Authorized Representative<br>JOHN D. RASMUSSEN | Seal |

## 6. Reinsuring Company

| 6A. (1) Signature | (2) Attest: Signature | Corporate |
|---|---|---|
| 6B. (1) Name And Title (Typed)<br>JOHN D. RASMUSSEN | (2) Name And Title (Typed)<br>JOHN D. RASMUSSEN<br>Authorized Representative | Seal |

**STANDARD FORM 274** (REV. 10/2023) **PAGE 3**

## Instructions

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Bonds Statute payment bonds running to the United States. See FAR (48 CFR) 28.202(a)(4) and 53.228(i).

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in bid or proposal.

One copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filled with the Department of Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.

## Paperwork Reduction Act Statement

This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (MVCB), 1800 F Street, NW, Washington. DC 20405.

**STANDARD FORM 274** (REV. 10/2023) **PAGE 4**

| Reinsurance Agreement In Favor Of The United States<br>(See instructions on Page 3) | OMB Control Number: 9000-0001<br>Expiration Date: 1/31/2027 |
|---|---|

| 1. Direct Writing Company*<br><br>John Dennis Rasmussen<br>65465 Market Lane<br>Cove, Oregon [97824] | 1A. Date Direct Writing Company Executes This Agreement<br>OPEN |
| | 1B. State of Incorporation<br>Oregon - 033005 |

| 2. Reinsuring Company*<br><br><br>Depository Trust and Clearing Corporation<br>570 Washington Blvd.<br>Jersey City, New Jersey [07310] | 2A. Amount of This Reinsurance ($) |
| | 2B. Date Reinsuring Company Executes This Agreement<br>OPEN |
| | 2C. State of Incorporation |

**3. Description of Bond**

| 3A. Description of Bond (Type, purpose, etc.) (If associated with contract number, date, amount, etc., include name of Government agency involved.)<br><br><br>Payment Bond<br>Payment Settlement of Contract<br>Jolie A. Russo<br>1000 S.W. 3rd Avenue Room 1027<br>Portland, Oregon [97204] | 3B. Penal Sum of Bond<br>$ |
| | 3C. Date of Bond: OPEN    3D. Bond Number: 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 |
| | 3E. Principal*<br>John Dennis Rasmussen<br>65465 Market Lane<br>Cove, Oregon [97824] |
| | 3F. State of Incorporation (If corporate principal) |

**Agreement:**

(a) The Direct Writing Company named above is bound as surety to the United States of America, on the bond described above, wherein the above-named is the principal. The bond is given for the protection of the United States and the Direct Writing Company has applied to the above Reinsuring Company to be reinsured and counter-secured in the amount shown opposite the name of the Reinsuring Company (referred to as the "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

**Terms and Conditions:**

The purpose and intent of this agreement is to guarantee and indemnify the United States against loss under the bond to the extent of the "Amount of this Reinsurance," or for any less sum than the "Amount of this Reinsurance," that is owing and unpaid by the Direct Writing Company to the United States.

*Items 1, 2, 3E - Furnish legal name, business address and ZIP Code.

| Authorized For Local Reproduction<br>Previous Edition Is Not usable | STANDARD FORM 275 (REV. 10/2023)<br>Prescribed by GSA-FAR (48 CFR) 53.228(j) |

**Therefore:**

1. If the Direct Writing Company fails to pay any default under the bond equal to or in excess of the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States. the obligee on the bond, the "Amount of this Reinsurance." If the Direct Writing Company fails to pay to the United States any default for a sum less than the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States the full amount of the default, or so much thereof that is not paid to the United States by the Direct Writing Company.

2. The Reinsuring Company further covenants and agrees that in case of default on the bond for the "Amount of this Reinsurance," or more, the United States may sue the Reinsuring Company for the "Amount of this Reinsurance" or for the full amount of the default when the default is less than the "Amount of this Reinsurance."

**Witness**

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing power to sign this instrument, and to be duly attested to by officers empowered thereto, on the day and date above -- written opposite their respective names.

| 4. Direct Writing Company | | |
|---|---|---|
| 4A(1). Signature | (2). Attest: Signature | Corporate Seal |
| 4B(1). Name and Title (Typed) <br> JOHN D. RASMUSSEN | 4B(2). Name and Title (Typed) <br> JOHN D. RASMUSSEN <br> Authorized Representative | |
| **5. Reinsuring Company** | | |
| 5A(1). Signature | (2). Attest: Signature | Corporate Seal |
| 5B(1). Name and Title (Typed) <br> JOHN D. RASMUSSEN | 5B(2). Name and Title (Typed) <br> JOHN D. RASMUSSEN <br> Authorized Representative | |

## Instructions

**This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on bonds running to the United States except Miller Act Performance and Payment Bonds.  See Federal Acquisition Regulation - Code of Federal Regulations at (48 CFR) 28.202(a)(4) and 53.228(j) and 31 CFR 223.11(b)(1).  If this form is used to reinsure a bid bond, the "Penal Sum of Bond" and "Amount of this Reinsurance" may be expressed as percentage of the bid provided the actual amounts will not exceed the companies' respective underwriting limitations.**

**Execute and file this form as follows:**

**Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.**

**One carbon copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of Treasury.**

**Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.**

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995.  You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number.  The OMB control number for this collection is 9000-0001.  We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions.  Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to:  General Services Administration, Regulatory Secretariat Division (MVCB), 1800 F Street, NW, Washington, DC  20405.

STANDARD FORM 275 (REV. 10/2023) PAGE 3

## RELEASE OF PERSONAL PROPERTY FROM ESCROW

Whereas _____John Dennis Rasmussen_____ , of _____Oregon - 033005_____ , by a bond
                              (Name)                                    (Place of Residence)
for the performance of U.S. Government Contract Number _____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_____ .
became a surety for the complete and successful performance of said contract, and Whereas said
surety has placed certain personal property in escrow

in Account Number _____RE 2:19-CV-1077-JR_____ on deposit

at _____Jolie A. Russo_____
                         (Name of Financial Institution)

located at _____1000 S.W. 3rd Avenue Room 1027 Portland, Oregon [97204]_____ . and
                         (Address of Financial Institution)

Whereas I, _____John Dennis of the Rasmussen family_____ , being a duly authorized

representative of the United States government as a warranted contracting officer, have determined
that retention in escrow of the following property is no longer required to ensure further performance
of the said Government contract or satisfaction of claims arising therefrom:

   Jolie A. Russo; RE 2:19-CV-1077-JR. See GSA FORMS: sf 24; sf 25; sf 1418; sf 28; sf 273; sf 274: sf
   275 and 91.


and

Whereas the surety remains liable to the United States Government for the continued performance of
the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow the
property listed above, and directs the custodian of the aforementioned escrow account to deliver the
listed property to the surety. If the listed property comprises the whole of the property placed in
escrow in the aforementioned escrow account, the Government further directs the custodian to close
the account and to return all property therein to the surety. along with any interest accruing which
remains after the deduction of any fees lawfully owed to

_____Jolie A. Russo_____
                         (Name of Financial Institution)


[Date] October 2, 2024                       [Signature]

                                             Seal


AUTHORIZED FOR LOCAL REPRODUCTION            **OPTIONAL FORM 91** (1-90)
                                             Prescribed by GSA-FAR (48 CFR) 53.228(o)

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)
Jeff S. Pitzer, OSB No. 020846

B. E-MAIL CONTACT AT SUBMITTER (optional)

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

PITZER LAW
210 SW Morrison St., Suite 600
Portland, Oregon [97204]

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| PITZER LAW | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Pitzer, Esq. | Jeff | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 210 SW Morrison St., Suite 600 | Portland | OR | 97204 | |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| THE STATE BAR OF OREGON | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| PITZER, ESQ. OSB No. 020846 | Jeff | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| P.O. Box 231935 | Tigard | OR | 97281-1935 | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| JOHN DENNIS RASMUSSEN TRUST | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Rasmussen | John | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 65465 Market Lane | Cove | OR | 97824 | |

4. COLLATERAL: This financing statement covers the following collateral:

THIS IS ACTUAL AND CONSTRUCTIVE NOTICE FOR THE BENEFIT OF THE DEPOSITORY
SECURED PARTY/GRANTEE BENEFICIARYiCLAIMANT IN THIS TRUST ACTION FOR
CLAIMANTS CLAIM; Any/all Commodity and trust deposit accounts and contracts attached
collateral to secure collateral of the name JOHN DENNIS RASMUSSEN; rejects any/all
assumption(s) of being Property as mentioned under Cannon 2:19-CV-1077-JR and assignment
of anylall debt obligation to the Office of Secretary of the Treasury under 31 USC 3123; Good As
AVAL.

| 5. Check only if applicable and check only one box:   Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | ☐ being administered by a Decedent's Personal Representative | |
|---|---|---|
| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: | |
| ☑ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien   ☐ Non-UCC Filing | |
| 7. ALTERNATIVE DESIGNATION (if applicable):   ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☑ Bailee/Bailor   ☐ Licensee/Licensor | | |
| 8. OPTIONAL FILER REFERENCE DATA: | | |

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| 9a. ORGANIZATION'S NAME |
|---|
| **PITZER LAW** |

OR

| 9b. INDIVIDUAL'S SURNAME |
|---|
| |
| FIRST PERSONAL NAME |
| Pitzer, Esq. |
| ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME |
|---|
| **DEPARTMENT OF THE TREASURY** |

OR

| 10b. INDIVIDUAL'S SURNAME | | | SUFFIX |
|---|---|---|---|
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1500 PENNSYLVANIA AVE #3413 | WASHINGTON | DC | 20220 | |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| 11a. ORGANIZATION'S NAME |
|---|
| |

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

Clerk of Courts is now ordered and to complete The Secured Party under UCC 3-306.

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (If applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut    ☐ covers as-extracted collateral    ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

SECURED PARTY COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 07/01/23)

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME
**PITZER LAW**

OR

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME
**Pitzer, Esq.**

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME
**UNITED STATES DISTRICT COURT, DISTRICT OF OREGON, PORTLAND DIVISION**

OR

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME
**Karin Johanna Immergut**

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1000 S.W. Third Ave | Portland | OR | 97204 | |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |
| 11c. MAILING ADDRESS | CITY | STATE POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

Clerk of Courts is now ordered to complete The Secured Party payment discharge under UCC 3-306, and Title 28 USC 2041.

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

SECURED PARTY COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 07/01/23)

## UCC FINANCING STATEMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS

**18. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| 18a. ORGANIZATION'S NAME |
|---|
| PITZER LAW |

OR

| 18b. INDIVIDUAL'S SURNAME |
|---|
| |
| FIRST PERSONAL NAME |
| Pitzer, Esq. |

| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|
| | |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**19. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 19a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
| OFFICE OF THE ATTORNEY GENERAL |  |  |  |

OR

| 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 165 E Seventh Ave. | Eugene | OR | 97401 | |

**20. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 20a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
| Clerk of Court |  |  |  |

OR

| 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| John Does 1-1 00 | | | |

| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1000 S.W. Third Ave | Portland | OR | 97204 | |

**21. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 21a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
| PITZER LAW |  |  |  |

OR

| 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| Pitzer | Jeff | | |

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 210 SW Morrison St., Suite 600 | Portland | OR | 97204 | |

**22.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

| 22a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
| |  |  |  |

OR

| 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**23.** ☑ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

| 23a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
| |  |  |  |

OR

| 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| Rasmussen | John | Dennis | |

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 65465 Market Lane | Cove | OR | 97824 | |

**24. MISCELLANEOUS:**

A Bar member cannot practice law without a Bond.

| **Bid Bond** (See Instructions on Page 3) | Date Bond Executed (Must Not Be Later Than Bid Opening Date) OPEN | **OMB Control Number: 9000-0001** **Expiration Date: 1/31/2027** |
|---|---|---|

| Principal (Legal Name And Business Address) | Type Of Organization ("X" One) |
|---|---|
| John Dennis Rasmussen 210 S.W. Morrison Street Suite 600 Portland, Oregon [97281-1935] | ☒Individual ☐Partnership ☐Joint Venture ☐Corporation ☐Other (Specify) |
| | State Of Incorporation Oregon - 033005 |

Surety(ies) (Name And Business Address)

John Dennis Rasmussen
Depository Trust and Clearing Corporation
570 Washington Blvd.  Jersey City, New Jersey [07310]

| Penal Sum Of Bond | | | | | Bid Identification | |
|---|---|---|---|---|---|---|
| Percent Of Bid Price | Amount Not To Exceed | | | | Bid Date | Invitation Number RE 2:19-CV-1077-JR |
| | Million(s) | Thousand(s) | Hundred(s) | Cents | For (Construction, Supplies Or Services) | |
| | | | | | | |

### Obligation:

We, the Principal and Surety(ies) are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum.  For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally.  However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us.  For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety.  If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

### Conditions:

The Principal has submitted the bid identified above.

### Therefore:

The above obligation is void if the Principal - (a) upon acceptance by the Government of the bid identified above, within the period specified therein for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within the time specified (ten (10) days if no period is specified) after receipt of the forms by the Principal; or (b) in the event of failure to execute such further contractual documents and give such bonds, pays the Government for any cost of procuring the work which exceeds the amount of the bid.

Each Surety executing this instrument agrees that its obligation is not impaired by any extension(s) of the time for acceptance of the bid that the Principal may grant to the Government.  Notice to the Surety(ies) of extension(s) is waived.  However, waiver of the notice applies only to extensions aggregating not more than sixty (60) calendar days in addition to the period originally allowed for acceptance of the bid.

Authorized For Local Reproduction
Previous Edition Is Not Usable

**STANDARD FORM 24 (REV. 10/2023)**
Prescribed by GSA - FAR (48 CFR) 53.228(a)

**Witness:**

The Principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

**Principal**

| | 1. | 2. | 3. | |
|---|---|---|---|---|
| Signature(s) | *(signature)* (Seal) | (Seal) | (Seal) | Corporate Seal |
| Name(s) And Title(s) (Typed) | 1. JOHN D. RASMUSSEN Principal | 2. | 3. | |

**Individual Surety(ies)**

| | 1. | | 2. | |
|---|---|---|---|---|
| Signature(s) | 1. *(signature)* (Seal) | | 2. | (Seal) |
| Name(s) (Typed) | 1. JOHN D. RASMUSSEN PRINCIPAL | | 2. | |

**Corporate Surety(ies)**

| Surety A | Name And Address | | State Of Incorporation | Liability Limit ($) | |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) And Title(s) (Typed) | 1. | 2. | | |

| Surety B | Name And Address | | State Of Incorporation | Liability Limit ($) | |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) And Title(s) (Typed) | 1. | 2. | | |

| Surety C | Name And Address | | State Of Incorporation | Liability Limit ($) | |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) And Title(s) (Typed) | 1. | 2. | | |

| Surety D | Name And Address | | State Of Incorporation | Liability Limit ($) | |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) And Title(s) (Typed) | 1. | 2. | | |

| | | | State Of Incorporation | Liability Limit ($) | |
|---|---|---|---|---|---|
| **Surety E** | Name And Address | | | | |
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) And Title(s) (Typed) | 1. | 2. | | |
| | | | State Of Incorporation | Liability Limit ($) | |
| **Surety F** | Name And Address | | | | |
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) And Title(s) (Typed) | 1. | 2. | | |
| | | | State Of Incorporation | Liability Limit ($) | |
| **Surety G** | Name And Address | | | | |
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) And Title(s) (Typed) | 1. | 2. | | |

**Instructions**

1. This form is authorized for use when a bid guaranty is required. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. The bond may express penal sum as a percentage of the bid price. In these cases, the bond may state a maximum dollar limitation (e.g., 20% of the bid price but the amount not to exceed _____ dollars).

4. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the Liability Limit block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

**STANDARD FORM 24** (REV. 10/2023) **PAGE 3**

(b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "Corporate Surety(ies)." In the space designated "Surety(ies)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bond, provided that the sum total of their liability equals 100% of the bond penal sum.

(c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

5. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal"; and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

6. Type the name and title of each person signing this bond in the space provided.

7. In its application to negotiated contracts, the terms "bid" and "bidder" shall include "proposal" and "offeror."

---

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (MVCB), 1800 F Street, NW, Washington, DC 20405.

| **Payment Bond** (See Instructions On Page 3) | Date Bond Executed (Must be same or later than date of contract) OPEN | OMB Control Number: 9000-0001 Expiration Date: 1/31/2027 |
|---|---|---|

| Principal (Legal name and business address) | Type Of Organization ("X" one) |
|---|---|
| John Dennis Rasmussen 210 S.W. Morrison Street Suite 600 Portland, Oregon [97281-1935] | ☒Individual  ☐Partnership ☐Joint Venture ☐Corporation ☐Other (Specify) |
| | State Of Incorporation Oregon - 033005 |

| Surety(ies) (Name(s) and business address(es)) | Penal Sum Of Bond | | | |
|---|---|---|---|---|
| Depository Trust and Clearing Corporation 570 Washington Blvd. Jersey City, New Jersey [07310] | Million(s) | Thousand(s) | Hundred(s) | Cents |
| | Contract Date OPEN | | Contract Number RE 2:19-CV-1077-JR | |

**Obligation:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

**Conditions:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**Witness:**

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| **Principal** | 1. | 2. | 3. | |
|---|---|---|---|---|
| Signature(s) | *(Seal)* | (Seal) | (Seal) | Corporate Seal |
| Name(s) & Title(s) (Typed) | 1. JOHN D. RASMUSSEN Principal | 2. | 3. | |

| **Individual Surety(ies)** | 1. | 2. | |
|---|---|---|---|
| Signature(s) | (Seal) | | (Seal) |
| Name(s) (Typed) | 1. JOHN D. RASMUSSEN Principal | 2. | |

| **Corporate Surety(ies)** | | State Of Incorporation | Liability Limit | |
|---|---|---|---|---|
| Surety A | Name & Address | | $ | |
| | Signature(s) 1. | 2. | | Corporate Seal |
| | Name(s) & Title(s) (Typed) 1. | 2. | | |

Authorized For Local Reproduction
Previous Edition Is Not Usable

**STANDARD FORM 25A (REV. 10/2023)**
Prescribed by GSA-FAR (48 CFR) 53.228(c)

**Corporate Surety(ies) (Continued)**

| Surety B | Name & Address | | State Of Incorporation | Liability Limit $ | Corporate Seal |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

| Surety C | Name & Address | | State Of Incorporation | Liability Limit $ | Corporate Seal |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

| Surety D | Name & Address | | State Of Incorporation | Liability Limit $ | Corporate Seal |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

| Surety E | Name & Address | | State Of Incorporation | Liability Limit $ | Corporate Seal |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

| Surety F | Name & Address | | State Of Incorporation | Liability Limit $ | Corporate Seal |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

| Surety G | Name & Address | | State Of Incorporation | Liability Limit $ | Corporate Seal |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

STANDARD FORM 25A (REV. 10/2023) **PAGE 2**

**Instructions**

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under 40 USC Chapter 31, Subchapter III, Bonds. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the Liability Limit block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "Corporate Surety(ies)." In the space designated "Surety(ies)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.


**Paperwork Reduction Act Statement**


This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (MVCB), 1800 F Street, NW, Washington, DC 20405.

| Affidavit Of Individual Surety (See instructions on page 4) | OMB Control Number: 9000-0001 Expiration Date: 1/31/2027 | |
|---|---|---|
| State Of Oregon | County Of Union | ss. |

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. Where the sureties are acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

| 1. Name (First, Middle, Last) (Type or Print) John Dennis Rasmussen | 2A. Home Address (Number, Street, City, State, ZIP Code) 65465 MARKET LN. COVE, OREGON 97850 | |
|---|---|---|
| 3. Type And Duration Of Occupation Surety/Lifetime | | |
| | 2B. Telephone Number 541-975-4719 | 2C. Email Address jdr@Oregonwireless.net |
| 4A. Name And Address Of Employer (Number, Street, City, State, ZIP Code) (If self-employed, so state) Self Employed/Oregon | 5A. Name And Address Of Individual Surety Broker Used (Number, Street, City, State, ZIP Code) Depository Trust and Clearing Corporation 570 Washington Blvd. Jersey City, New Jersey [07310] | |
| | 5B. Surety Broker Email Address | |
| 4B. Employer Email Address | 5C. Home Telephone Number | 5D. Business Telephone Number |
| 6A. Name And Address Of Financial Institution Submitting The Pledge Of Securities On Behalf Of Individual Surety (Number, Street, City, State, ZIP Code) | 6B. Financial Institution Email Address | 6C. Routing Transit Number (RTN) |
| | 6D. Contact Person Name | 6E. Contact Person Telephone Number |
| | 6F. Contact Person Email Address | |

| | |
|---|---|
| Authorized For Local Reproduction Previous Edition Is Not Usable | STANDARD FORM 28 (REV. 10/2023) Prescribed by GSA-FAR (48 CFR) 53.228(e) |

7. The Following Is A True Representation Of The Assets I Have Pledged To The United States In Support Of The Attached Bond. (List The Committee On Uniform Securities Identification Procedures (CUSIP) Number And Par (Face) Amount Of Each Security).

RE 2:19-CV-1077-JR - See GSA FORMS; sf 24; sf 25; sf 1418; sf 28; sf 273; sf 274; sf 275 and 91

Birth Certificate Oregon - 033005 and Social Security 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; Bond Number ; Non - Negotiable set off 033005; Deposited with the United States Treasury

8. Identify All Liens, Judgements, Or Any Other Encumbrances Involving Subject Assets.

Jeff S. Pitzer #020846; RE 2:19-CV-1077-JR; - See GSA FORMS; sf 24; sf 25; sf 1418; sf 28; sf 273; sf 274; sf 275 and 91.

**STANDARD FORM 28** (REV. 10/2023) **PAGE 2**

9. Identify All Bonds, Including Bid Guarantees, For Which The Subject Assets Have Been Pledged Within Three Years Prior To The Date Of Execution Of This Affidavit.

Bid Bond issued by  Jeff S. Pitzer  #020846; RE 2:19-CV-1077-JR; - See GSA FORMS; sf 24; sf 25; sf 1418; sf 28; sf 273; sf 274; sf 275 and 91.

**Documentation Of The Pledged Asset Must Be Attached.**

| 10. Signature | 11. Bond And Contract To Which This Affidavit Relates (where appropriate) |
|---|---|

**12. Subscribed And Sworn To Before Me As Follows:**

| a. Date Oath Administered | b. City And State (or other jurisdiction) | |
|---|---|---|
| Month    Day    Year | *See attached notarial certificate* | Official Seal |
| c. Name And Title Of Official Administering Oath (type or print) | d. Signature | e. My Commission Expires |

FICIAL STAMP
f NELL SCHONBACHLER
PUBLIC - OREGON
SSION NO. 1019863
RES DECEMBER 12, 2025

**STANDARD FORM 28** (REV. 10/2023) **PAGE 3**

State of Oregon

County of _Union_

Signed and Sworn to (or affirmed) before me on (date)

_October 2_____, 20_24_, by (name(s) of individual(s) making

statement) _John D. Rasmussen_____.

_Margaret N. Schonbachler_____

OFFICIAL STAMP
MARGARET NELL SCHONBACHLER
NOTARY PUBLIC - OREGON
COMMISSION NO. 1019863
MY COMMISSION EXPIRES DECEMBER 12, 2025

Notary Public – State of Oregon

Official Stamp

Document Description

This certificate is attached to page _3_ of a _Bid bond_____ (title

or type of document), dated ___10-2___, 20 _24_ consisting of _4_ Pages.



Instructions

1.  Individual sureties on bonds executed in connection with Government contracts must complete and submit this form with the bond. (See Federal Acquisition Regulation (FAR) 28.203, 53.228(e).) The surety must have the completed form notarized.

2.  No corporation, partnership, or other unincorporated association or firm, as such, is acceptable as an individual surety (i.e. must be a natural person). Likewise, members of a partnership are not acceptable as sureties on bonds that a partnership or an association, or any co-partner or member thereof, is the principal obligor. An individual surety will not include any financial interest in assets connected with the principal on the bond that this affidavit supports.

3.  United States citizenship is a requirement for individual sureties for contracts and bonds when the contract is awarded in the United States. However, when the Contracting Officer is located in an outlying area or a foreign country, the individual surety is only required to be a permanent resident of the area or country in which the contracting officer is located.

4.  All signatures of the affidavit submitted must be originals. Affidavits bearing reproduced signatures are not acceptable. An authorized person must sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of a firm, partnership, or joint venture, or an officer of the corporation involved.

**Paperwork Reduction Act Statement**

This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 0.3 hours to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (MVCB), 1800 F Street, NW, Washington, DC 20405.

| Performance Bond For Other Than Construction Contracts (See Instructions on Page 3) | Date Bond Executed (Must be same or later than date of contract) OPEN | | OMB Control Number: 9000-0001 Expiration Date: 1/31/2027 | |
|---|---|---|---|---|
| **Principal (Legal name and business address)** John Dennis Rasmussen 210 S.W. Morrison Street Suite 600 Portland, Oregon [97281-1935] | | Type of Organization ("X" one) ☒ Individual ☐ Partnership ☐ Joint Venture ☐ Corporation | | |
| | | State of Incorporation Oregon - 033005 | | |
| **Surety(ies) (Name(s) and business address(es))** John Dennis Rasmussen Depository Trust and Clearing Corporation 570 Washington Blvd. Jersey City, New Jersey [07310] | | **Penal Sum of Bond** | | |
| | | Million(s) | Thousand(s) Hundred(s) | Cents |
| | | Contract Date OPEN | Contract Number RE 2:19-CV-1077-JR | |
| | | Option Date | Option Number | |

**Obligation:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**Conditions:**

The Principal has entered into the contract identified above.

**Therefore:**

The above obligation is void if the Principal: (1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during either the base term or an optional term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) is waived.

The guaranty for a base term covers the initial period of performance of the contract and any extensions thereof excluding any options. The guaranty for an option term covers the period of performance for the option being exercised and any extensions thereof.

The failure of a surety to renew a bond for any option term shall not result in a default of any bond previously furnished covering any base or option term.

**Witness:**

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

---

Authorized For Local Reproduction
Previous Edition Is Not Usable

**STANDARD FORM 1418 (REV. 10/2023)**
Prescribed by GSA-FAR (48 CFR) 53.228(n)

**Principal**

| Signature(s) | 1. _(signature)_ (Seal) | 2. | (Seal) | Corporate Seal |
|---|---|---|---|---|
| Name(s) and Title(s) (Typed) | 1. JOHN D. RASMUSSEN  Principal | 2. | | |

**Individual Surety(ies)**

| Signature(s) | 1. _(signature)_ (Seal) | 2. | (Seal) |
|---|---|---|---|
| Name(s) (Typed) | 1. JOHN D. RASMUSSEN  PRINCIPAL | 2. | |

**Corporate Surety(ies)**

| | | | State of Incorporation | Liability Limit $ | |
|---|---|---|---|---|---|
| **Surety A** | Name and Address | | | | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) and Title(s) (Typed) | 1. | 2. | | |

| | | | State of Incorporation | Liability Limit $ | |
|---|---|---|---|---|---|
| **Surety B** | Name and Address | | | | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) and Title(s) (Typed) | 1. | 2. | | |

| | | | State of Incorporation | Liability Limit $ | |
|---|---|---|---|---|---|
| **Surety C** | Name and Address | | | | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) and Title(s) (Typed) | 1. | 2. | | |

| | | | State of Incorporation | Liability Limit $ | |
|---|---|---|---|---|---|
| **Surety D** | Name and Address | | | | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) and Title(s) (Typed) | 1. | 2. | | |

| | | | State of Incorporation | Liability Limit $ | |
|---|---|---|---|---|---|
| **Surety E** | Name and Address | | | | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) and Title(s) (Typed) | 1. | 2. | | |

STANDARD FORM 1418 (REV. 10/2023) **PAGE 2**

| | | | State of Incorporation | Liability Limit $ | |
|---|---|---|---|---|---|
| **Surety F** | Name and Address | | | | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) and Title(s) (Typed) | 1. | 2. | | |
| **Surety G** | Name and Address | | State of Incorporation | Liability Limit $ | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) and Title(s) (Typed) | 1. | 2. | | |

| Bond Premium ▶ | Rate Per Thousand ($) | Total ($) |
|---|---|---|
| | | |

## Instructions

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "Corporate Surety(ies)." In the space designated "Surety(ies)" on the face of the form, insert only the letter identification of the sureties.

   (b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

6. Unless otherwise specified, the bond shall be submitted to the contracting office that awarded the contract.

STANDARD FORM 1418 (REV. 10/2023) **PAGE 3**

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (MVCB), 1800 F Street, NW, Washington, DC 20405.

| Reinsurance Agreement For A Bonds Statute Performance Bond (See instructions on Page 3) | OMB Control Number: 9000-0001<br>Expiration Date: 1/31/2027 | |
|---|---|---|
| 1. Direct Writing Company*<br><br>John Dennis Rasmussen<br>210 S.W. Morrison Street Suite 600<br>Portland, Oregon [97281-1935] | 1A. Date Direct Writing Company Executes This Agreement<br>OPEN | |
| | 1B. State Of Incorporation<br><br>Oregon - 033005 | |
| 2. Reinsuring Company*<br><br>Depository Trust and Clearing Corporation<br>570 Washington Blvd.<br>Jersey City, New Jersey [07310] | 2A. Amount Of This Reinsurance ($) | |
| | 2B. Date Reinsuring Company Executes This Agreement<br>OPEN | |
| | 2C. State Of Incorporation | |

| 3. Description Of Contract | 4. Description Of Bond | |
|---|---|---|
| 3A. Amount Of Contract | 4A. Penal Sum Of Bond | |
| 3B. Contract Date | 3C. Contract Number | 4B. Date Of Bond | 4C. Bond Number |
| 3D. Description Of Contract | 4D. Principal* | |
| 3E. Contracting Agency | 4E. State Of Incorporation (If Corporate Principal) | |

*Items 1, 2, 4D - Furnish legal name, business address and ZIP Code.

Authorized For Local Reproduction
Previous Edition Is Not Usable

**STANDARD FORM 273 (REV. 10/2023)**
Prescribed by GSA - FAR (48 CFR) 53.228(h)

Agreement:

    (a) The Direct Writing Company named above is bound as surety to the United States of America on the performance bond described above, wherein the above described is the principal, for the protection of the United States on the contract described above. The contract is for the construction, alteration, or repair of a public building or public work of the United States, and the performance bond was furnished to the United States under 40 U.S.C. chapter 31, subchapter III, Bonds, known as the Bonds Statute. The Direct Writing Company has applied to the Reinsuring Company named above to be reinsured and counter-secured in the amount shown opposite the name of the Reinsuring Company (referred to as the "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the performance bond.

    (b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of the agreement.

Terms And Conditions:

    (a) The purpose and intent of this agreement is to guarantee and indemnify the United States against loss under the performance and to the extent of the "Amount of this Reinsurance," or any sum less than the "Amount of this Reinsurance" that is owing and unpaid by the Direct Writing Company to the United States under the performance bond.

    (b) If the Direct Writing Company fails to pay any default under the performance bond equal to or in excess of the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States, the obligee on the performance bond, the "Amount of this Reinsurance." If the Direct Writing Company fails to pay to the United States any default for a sum less than the "Amount of this Reinsurance" the Reinsuring Company covenants and agrees to pay to the United States the full amount of the default, or so much thereof that is not paid to the United States by the Direct Writing Company.

    (c) If there is a default on the performance bond for the "Amount of this Reinsurance," or more, the Reinsuring Company and the Direct Writing Company hereby covenant and agree that the United States may bring suit against the Reinsuring Company for the "Amount of this Reinsurance" or, in case the amount of the default is for less than the "Amount of this Reinsurance," for the full amount of the default.

Witness:

    The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing power to sign this instrument, and to be duly attested by officers empowered thereto, on the day and date above written opposite their respective names.

| 5. Direct Writing Company | | |
|---|---|---|
| 5A(1) Signature | (2) Attest: Signature | Corporate Seal |
| 5B(1) Name And Title (Typed)<br><br>JOHN D. RASMUSSEN | (2) Name And Title (Typed)<br>JOHN D. RASMUSSEN<br>Authorized Representative | |

STANDARD FORM 273 (REV. 10/2023) PAGE 2

| 6. Reinsuring Company | | |
|---|---|---|
| 6A(1) Signature | (2) Attest: Signature | Corporate Seal |
| 6B(1) Name And Title (Typed)<br>JOHN D. RASMUSSEN | (2) Name And Title (Typed)<br>JOHN D. RASMUSSEN<br>Authorized Representative | |

## Instructions

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Bonds Statute performance bonds running to the United States. See FAR (48 CFR) 28.202(a)(4) and 53.228(h).

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.

One copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of the Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.

## Paperwork Reduction Act Statement

This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (MVCB), 1800 F Street, NW, Washington, DC 20405.

**STANDARD FORM 273** (REV. 10/2023) **PAGE 3**

| Reinsurance Agreement For A Bonds Statute Payment Bond (See instructions on Page 4) | **OMB Control Number: 9000-0001** **Expiration Date: 1/31/2027** | |
|---|---|---|
| 1. Direct Writing Company* <br><br> John Dennis Rasmussen <br> 65465 Market Lane <br> Cove, Oregon [97824] | 1A. Date Direct Writing Company Executes This Agreement <br><br> OPEN | |
| | 1B. State Of Incorporation <br> Oregon - 033005 | |
| 2. Reinsuring Company* <br><br> Depository Trust and Clearing Corporation <br> 570 Washington Blvd. <br> Jersey City, New Jersey [07310] | 2A. Amount Of This Reinsurance <br> $ | |
| | 2B. Date Reinsuring Company Executes This Agreement <br><br> OPEN | |
| | 2C. State Of Incorporation | |

| 3. Description Of Contract | | 4. Description Of Bond | |
|---|---|---|---|
| 3A. Amount Of Contract | | 4A. Penal Sum Of Bond | |
| 3B. Contract Date | 3C. Contract Number | 4B. Date Of Bond | 4C. Bond Number |
| 3D. Description Of Contract <br><br> Performance Bond <br> Case No: RE 2:19-CV-1077-JR <br> Jeff S. Pitzer #020846 <br> 210 S.W. Morrison Street Suite 600 <br> Portland, Oregon [97281-1935] | | 4D. Principal* <br><br> John Dennis Rasmussen <br> 65465 Market Lane <br> Cove, Oregon [97824] | |
| 3E. Contracting Agency | | 4E. State Of Incorporation (If Corporate Principal) | |

*Items **1**, 2 ,4D - furnished legal name, business address and ZIP Code.

| Authorized For Local Reproduction <br> Previous Edition Is Not Usable | **STANDARD FORM 274 (REV. 10/2023)** <br> Prescribed by GSA - FAR (48 CFR) 53.228(i) |
|---|---|

Agreement:

(a)  The Direct Writing Company named above is bound as a surety on the payment bond described above, wherein the above described is the principal, for the protection of all persons supplying labor and material on the contract described above, which is for the construction, alteration, or repair of a public building or public work of the United States.  The payment bond is for the use of persons supplying labor or material, and is furnished to the United States under 40 U.S.C. chapter 31, subchapter III, Bonds, known as the Bonds Statute.  The Direct Writing Company has applied to the Reinsuring Company named above to be reinsured and counter-secured in the amount above opposite the name of the Reinsuring Company (referred to as "Amount Of This Reinsurance"), or for whatever amount less than the "Amount Of This Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the payments bond.

(b)  For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

Terms And Conditions:

The purpose and intent of this agreement is (a) to guarantee and indemnify the persons who have furnished or supplied labor or material in the prosecution of the work provided for in the contract referred to above (hereinafter referred to as "laborers and materialmen," the term "materialmen" including persons having a direct contractual relation with a subcontractor but no contractual relationship expressed or implied with the contractor who has furnished the said payment bond) against loss under the payment bond to the extent of the "Amount Of This Reinsurance," or for any sum less than the "Amount Of This Reinsurance," that is owing and unpaid by the Direct Writing Company to the "laborers and materialmen" on the payment bond; and (b) to make the "laborers and materialmen" obligees under this Reinsurance Agreement to the same extent as if their respective names were written herein.

Therefore:

1.  The Reinsuring Company covenants and agrees -

(a)  To pay the "Amount Of This Reinsurance" to the "laborers and materialmen" in the event of the Direct Writing Company's failure to pay to the "laborers and materialmen" any default under the payment bond equal to or in excess of the "Amount Of This Reinsurance;" and

(b)  To pay (1) the full amount to the "laborers and materialmen," or (2) the amount not paid to them by the Direct Writing Company; in case the Direct Writing Company fails to pay the "laborers and materialmen" any default under the payment bond less than the "Amount Of This Reinsurance."

2. The Reinsuring Company and the Direct Writing Company covenant and agree that, in the case of default on the payment bond for the "Amount Of This Reinsurance," or more, the persons given a "right of action" or a "right to sue" on the payment bond by 40 U.S.C. 3133 may bring suit against the Reinsuring Company in the United States District Court for the district in which the contract described above is to be performed and executed for the "Amount Of This Reinsurance" or, if the amount of the default is for less than the "Amount Of This Reinsurance," for whatever the full amount of the default may be.  The Reinsuring Company further covenants and agrees to comply with all requirements necessary to give such court jurisdiction, and to consent to determination of matters arising under this Reinsurance Agreement in accordance with the law and practice of the court.  It is expressly understood by the parties that the rights, powers, and privileges given in this paragraph to persons are in addition to or supplemental to or in accordance with other rights, powers, and privileges which they might have under the statutes of the United States, any States, or the other laws of either, and should not be construed as limitations.

3. The Reinsuring Company and the Direct Writing Company further covenant and agree that the Reinsuring Company designates the process agent, appointed by the Direct Writing Company in the district in which the contract is to be performed and executed, as an agent to accept service of process in any suit instituted on this Reinsurance Agreement, and that the process agent shall send, by registered mail, to the Reinsuring Company at its principal place of business shown above, a copy of the process.

4. The Reinsuring Company and the Direct Writing Company further covenant and agree that this Reinsurance Agreement is an integral part of the payment bond.

Witness:

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing the power to sign this instrument, and to be duly attested to by officers empowered thereto, on the day and date in Item 1A written opposite their respective names.

| 5.  Direct Writing Company | | |
|---|---|---|
| 5A. (1) Signature | (2) Attest:  Signature | Corporate |
| 5B. (1) Name And Title (Typed) <br> JOHN D. RASMUSSEN | (2) Name And Title (Typed) <br> JOHN D. RASMUSSEN <br> Authorized Representative | Seal |
| 6.  Reinsuring Company | | |
| 6A. (1) Signature | (2) Attest:  Signature | Corporate |
| 6B. (1) Name And Title (Typed) <br> JOHN D. RASMUSSEN | (2) Name And Title (Typed) <br> JOHN D. RASMUSSEN <br> Authorized Representative | Seal |

STANDARD FORM 274 (REV. 10/2023) PAGE 3

## Instructions

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Bonds Statute payment bonds running to the United States.  See FAR (48 CFR) 28.202(a)(4) and 53.228(i).

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in bid or proposal.

One copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filled with the Department of Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company.  Each Reinsuring Company should use a separate form.

### Paperwork Reduction Act Statement

This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995.  You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number.  The OMB control number for this collection is 9000-0001. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions.  Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to:  U.S. General Services Administration, Regulatory Secretariat Division (MVCB), 1800 F Street, NW, Washington, DC  20405.

| **Reinsurance Agreement In Favor Of The United States** (See instructions on Page 3) | **OMB Control Number: 9000-0001** **Expiration Date: 1/31/2027** | |
|---|---|---|

| 1. Direct Writing Company* John Dennis Rasmussen 65465 Market Lane Cove, Oregon [97824] | 1A. Date Direct Writing Company Executes This Agreement OPEN | |
| | 1B. State of Incorporation Oregon - 033005 | |

| 2. Reinsuring Company* Depository Trust and Clearing Corporation 570 Washington Blvd. Jersey City, New Jersey [07310] | 2A. Amount of This Reinsurance ($) | |
| | 2B. Date Reinsuring Company Executes This Agreement OPEN | |
| | 2C. State of Incorporation | |

**3. Description of Bond**

| 3A. Description of Bond (Type, purpose, etc.) (If associated with contract number, date, amount, etc., include name of Government agency involved.) | 3B. Penal Sum of Bond $ | |
|---|---|---|
| | 3C. Date of Bond OPEN | 3D. Bond Number 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 |
| Payment Bond Payment Settlement of Contract Jeff S. Pitzer #020846 210 S.W. Morrison Street Suite 600 Portland, Oregon [97281-1935] | 3E. Principal* John Dennis Rasmussen 65465 Market Lane Cove, Oregon [97824] | |
| | 3F. State of Incorporation (If corporate principal) | |

**Agreement:**

(a) The Direct Writing Company named above is bound as surety to the United States of America, on the bond described above, wherein the above-named is the principal. The bond is given for the protection of the United States and the Direct Writing Company has applied to the above Reinsuring Company to be reinsured and counter-secured in the amount shown opposite the name of the Reinsuring Company (referred to as the "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

**Terms and Conditions:**

The purpose and intent of this agreement is to guarantee and indemnify the United States against loss under the bond to the extent of the "Amount of this Reinsurance," or for any less sum than the "Amount of this Reinsurance," that is owing and unpaid by the Direct Writing Company to the United States.

*Items 1, 2, 3E - Furnish legal name, business address and ZIP Code.

| Authorized For Local Reproduction Previous Edition Is Not usable | **STANDARD FORM 275 (REV. 10/2023)** Prescribed by GSA-FAR (48 CFR) 53.228(j) |
|---|---|

**Therefore:**

1. If the Direct Writing Company fails to pay any default under the bond equal to or in excess of the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States, the obligee on the bond, the "Amount of this Reinsurance." If the Direct Writing Company fails to pay to the United States any default for a sum less than the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States the full amount of the default, or so much thereof that is not paid to the United States by the Direct Writing Company.

2. The Reinsuring Company further covenants and agrees that in case of default on the bond for the "Amount of this Reinsurance," or more, the United States may sue the Reinsuring Company for the "Amount of this Reinsurance" or for the full amount of the default when the default is less than the "Amount of this Reinsurance."

**Witness**

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing power to sign this instrument, and to be duly attested to by officers empowered thereto, on the day and date above -- written opposite their respective names.

**4. Direct Writing Company**

| 4A(1). Signature | (2). Attest: Signature | Corporate Seal |
|---|---|---|
| 4B(1). Name and Title (Typed)  JOHN D. RASMUSSEN | 4B(2). Name and Title (Typed)  JOHN D. RASMUSSEN  Authorized Representative | |

**5. Reinsuring Company**

| 5A(1). Signature | (2). Attest: Signature | Corporate Seal |
|---|---|---|
| 5B(1). Name and Title (Typed)  JOHN D. RASMUSSEN | 5B(2). Name and Title (Typed)  JOHN D. RASMUSSEN  Authorized Representative | |

## Instructions

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on bonds running to the United States except Miller Act Performance and Payment Bonds.  See Federal Acquisition Regulation - Code of Federal Regulations at (48 CFR) 28.202(a)(4) and 53.228(j) and 31 CFR 223.11(b)(1).  If this form is used to reinsure a bid bond, the "Penal Sum of Bond" and "Amount of this Reinsurance" may be expressed as percentage of the bid provided the actual amounts will not exceed the companies' respective underwriting limitations.

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.

One carbon copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.

---

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995.  You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number.  The OMB control number for this collection is 9000-0001.  We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions.  Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to:  General Services Administration, Regulatory Secretariat Division (MVCB), 1800 F Street, NW, Washington, DC  20405.

## RELEASE OF PERSONAL PROPERTY FROM ESCROW

Whereas ___John Dennis Rasmussen___ . of ___Oregon - 033005___ , by a bond
                       (Name)                              (Place of Residence)
for the performance of U.S. Government Contract Number ___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___ .
became a surety for the complete and successful performance of said contract, and Whereas said
surety has placed certain personal property in escrow

in Account Number ___RE 2:19-CV-1077-JR___ on deposit

at ___Jeff S. Pitzer #020846___
                              (Name of Financial Institution)

located at ___210 S.W. Morrison Street Suite 600 Portland, Oregon [97281-1935]___ , and
                              (Address of Financial Institution)

Whereas I, ___John Dennis of the Rasmussen family___ , being a duly authorized

representative of the United States government as a warranted contracting officer, have determined
that retention in escrow of the following property is no longer required to ensure further performance
of the said Government contract or satisfaction of claims arising therefrom:

Jeff S. Pitzer #020846; RE 2:19-CV-1077-JR. See GSA FORMS; sf 24; sf 25; sf 1418; sf 28; sf 273;
sf 274; sf 275 and 91.

and

Whereas the surety remains liable to the United States Government for the continued performance of
the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow the
property listed above, and directs the custodian of the aforementioned escrow account to deliver the
listed property to the surety. If the listed property comprises the whole of the property placed in
escrow in the aforementioned escrow account, the Government further directs the custodian to close
the account and to return all property therein to the surety, along with any interest accruing which
remains after the deduction of any fees lawfully owed to

___Jeff S. Pitzer #020846___ .
         (Name of Financial Institution)

[Date] October 2, 2024        [Signature]
                                             Seal

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)
Steven L. Naito, Esq.

B. E-MAIL CONTACT AT SUBMITTER (optional)

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

Tarlow Naito & Summers, LLP
2014 NE Broadway
Portland, Oregon [97232-1511]

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in Item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Tarlow Naito & Summers, LLP | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Naito, Esq. | Steven | L. | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2014 NE Broadway | Portland | OR | 97232 | |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in Item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| THE STATE BAR OF OREGON | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| STEVEN L. NAITO, Esq. | Steven | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| P.O. Box 231935 | Tigard | OR | 97281-1935 | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| JOHN DENNIS RASMUSSEN TRUST | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Rasmussen | John | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 65465 Market Lane | Cove | OR | 97824 | |

4. COLLATERAL: This financing statement covers the following collateral:

THIS IS ACTUAL AND CONSTRUCTIVE NOTICE FOR THE BENEFIT OF THE DEPOSITORY SECURED PARTY/GRANTEE BENEFICIARYiCLAIMANT IN THIS TRUST ACTION FOR CLAIMANTS CLAIM; Any/all Commodity and trust deposit accounts and contracts attached collateral to secure collateral of the name JOHN DENNIS RASMUSSEN; rejects any/all assumption(s) of being Property as mentioned under Cannon 2:19-CV-1077-JR and assignment of anylali debt obligation to the Office of Secretary of the Treasury under 31 USC 3123; Good As AVAL.

5. Check only if applicable and check only one box:   Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)   ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:

☑ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:

☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):   ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☑ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME
**Tarlow Naito & Summers, LLP**

OR

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME
**Steven L. Naito, Esq.**

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME
**DEPARTMENT OF THE TREASURY**

OR

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1500 PENNSYLVANIA AVE #3413 | WASHINGTON | DC | 20220 | |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

**Clerk of Courts is now ordered and to complete The Secured Party under UCC 3-306.**

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut    ☐ covers as-extracted collateral    ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

SECURED PARTY COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 07/01/23)

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| 9a. ORGANIZATION'S NAME |
|---|
| Tarlow Naito & Summers, LLP |

OR

| 9b. INDIVIDUAL'S SURNAME |
|---|
| FIRST PERSONAL NAME |
| Steven L. Naito, Esq. |
| ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME |
|---|
| UNITED STATES DISTRICT COURT, DISTRICT OF OREGON, PORTLAND DIVISION |

OR

| 10b. INDIVIDUAL'S SURNAME | | | |
|---|---|---|---|
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| Karin Johanna Immergut | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1000 S.W. Third Ave | Portland | OR | 97204 | |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

Clerk of Courts is now ordered to complete The Secured Party payment discharge under UCC 3-306, and Title 28 USC 2041.

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut    ☐ covers as-extracted collateral    ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

SECURED PARTY COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 07/01/23)

# UCC FINANCING STATEMENT **ADDITIONAL PARTY**
FOLLOW INSTRUCTIONS

**18. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

18a. ORGANIZATION'S NAME
Tarlow Naito & Summers, LLP

OR

18b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME
Steven L. Naito, Esq.

ADDITIONAL NAME(S)/INITIAL(S)          SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**19. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | | | | |
|---|---|---|---|---|
| 19a. ORGANIZATION'S NAME<br>OFFICE OF THE ATTORNEY GENERAL | | | | |
| 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 19c. MAILING ADDRESS<br>165 E Seventh Ave. | CITY<br>Eugene | STATE<br>OR | POSTAL CODE<br>97401 | COUNTRY |

**20. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | | | | |
|---|---|---|---|---|
| 20a. ORGANIZATION'S NAME<br>Clerk of Court | | | | |
| 20b. INDIVIDUAL'S SURNAME<br>John Does 1-1 00 | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 20c. MAILING ADDRESS<br>1000 S.W. Third Ave | CITY<br>Portland | STATE<br>OR | POSTAL CODE<br>97204 | COUNTRY |

**21. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | | | | |
|---|---|---|---|---|
| 21a. ORGANIZATION'S NAME<br>Tarlow Naito & Summers, LLP | | | | |
| 21b. INDIVIDUAL'S SURNAME<br>Naito | FIRST PERSONAL NAME<br>Steven | | ADDITIONAL NAME(S)/INITIAL(S)<br>L. | SUFFIX |
| 21c. MAILING ADDRESS<br>2014 NE Broadway | CITY<br>Portland | STATE<br>OR | POSTAL CODE<br>97232 | COUNTRY |

**22.** ☐ ADDITIONAL SECURED PARTY'S NAME _or_ ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

| | | | | |
|---|---|---|---|---|
| 22a. ORGANIZATION'S NAME | | | | |
| 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**23.** ☑ ADDITIONAL SECURED PARTY'S NAME _or_ ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

| | | | | |
|---|---|---|---|---|
| 23a. ORGANIZATION'S NAME | | | | |
| 23b. INDIVIDUAL'S SURNAME<br>Rasmussen | FIRST PERSONAL NAME<br>John | | ADDITIONAL NAME(S)/INITIAL(S)<br>Dennis | SUFFIX |
| 23c. MAILING ADDRESS<br>65465 Market Lane | CITY<br>Cove | STATE<br>OR | POSTAL CODE<br>97824 | COUNTRY |

24. MISCELLANEOUS:

A Bar member cannot practice law without a Bond.

| **Bid Bond** (See Instructions on Page 3) | Date Bond Executed (Must Not Be Later Than Bid Opening Date) OPEN | **OMB Control Number: 9000-0001** **Expiration Date: 1/31/2027** |
|---|---|---|

| Principal (Legal Name And Business Address) | Type Of Organization ("X" One) |
|---|---|
| John Dennis Rasmussen<br>2014 NE. Broadway<br>Portland, Oregon [97232-1511] | ☒Individual ☐Partnership ☐Joint Venture ☐Corporation ☐Other (Specify) |
| | State Of Incorporation<br>Oregon - 033005 |

Surety(ies) (Name And Business Address)

John Dennis Rasmussen
Depository Trust and Clearing Corporation
570 Washington Blvd.  Jersey City, New Jersey [07310]

| Penal Sum Of Bond | | | | | Bid Identification | |
|---|---|---|---|---|---|---|
| Percent Of Bid Price | Amount Not To Exceed | | | | Bid Date | Invitation Number |
| | Million(s) | Thousand(s) | Hundred(s) | Cents | | RE 2:19-CV-1077-JR |
| | | | | | For (Construction, Supplies Or Services) | |

**Obligation:**

We, the Principal and Surety(ies) are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum.  For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally.  However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us.  For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety.  If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**Conditions:**

The Principal has submitted the bid identified above.

**Therefore:**

The above obligation is void if the Principal - (a) upon acceptance by the Government of the bid identified above, within the period specified therein for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within the time specified (ten (10) days if no period is specified) after receipt of the forms by the Principal; or (b) in the event of failure to execute such further contractual documents and give such bonds, pays the Government for any cost of procuring the work which exceeds the amount of the bid.

Each Surety executing this instrument agrees that its obligation is not impaired by any extension(s) of the time for acceptance of the bid that the Principal may grant to the Government.  Notice to the Surety(ies) of extension(s) is waived.  However, waiver of the notice applies only to extensions aggregating not more than sixty (60) calendar days in addition to the period originally allowed for acceptance of the bid.

| Authorized For Local Reproduction<br>Previous Edition Is Not Usable | STANDARD FORM 24 (REV. 10/2023)<br>Prescribed by GSA - FAR (48 CFR) 53.228(a) |
|---|---|

**Witness:**

The Principal and Surety(ies) executed this bid bond and affixed their seals on the **above** date.

| Principal | | | | |
|---|---|---|---|---|
| Signature(s) | 1. _(Seal)_ | 2. _(Seal)_ | 3. _(Seal)_ | Corporate Seal |
| Name(s) And Title(s) (Typed) | 1. JOHN D. RASMUSSEN Principal | 2. | 3. | |

| Individual Surety(ies) | | | |
|---|---|---|---|
| Signature(s) | 1. _(Seal)_ | 2. | _(Seal)_ |
| Name(s) (Typed) | 1. JOHN D. RASMUSSEN Principal | 2. | |

**Corporate Surety(ies)**

| Surety A | Name And Address | | State Of Incorporation | Liability Limit ($) | |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) And Title(s) (Typed) | 1. | 2. | | |

| Surety B | Name And Address | | State Of Incorporation | Liability Limit ($) | |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) And Title(s) (Typed) | 1. | 2. | | |

| Surety C | Name And Address | | State Of Incorporation | Liability Limit ($) | |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) And Title(s) (Typed) | 1. | 2. | | |

| Surety D | Name And Address | | State Of Incorporation | Liability Limit ($) | |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) And Title(s) (Typed) | 1. | 2. | | |

| Surety E | Name And Address | | State Of Incorporation | Liability Limit ($) | |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) And Title(s) (Typed) | 1. | 2. | | |
| Surety F | Name And Address | | State Of Incorporation | Liability Limit ($) | |
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) And Title(s) (Typed) | 1. | 2. | | |
| Surety G | Name And Address | | State Of Incorporation | Liability Limit ($) | |
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) And Title(s) (Typed) | 1. | 2. | | |

### Instructions

1. This form is authorized for use when a bid guaranty is required. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. The bond may express penal sum as a percentage of the bid price. In these cases, the bond may state a maximum dollar limitation (e.g., 20% of the bid price but the amount not to exceed _____ dollars).

4. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the Liability Limit block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

STANDARD FORM 24 (REV. 10/2023) PAGE 3

(b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "Corporate Surety(ies)." In the space designated "Surety(ies)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bond, provided that the sum total of their liability equals 100% of the bond penal sum.

(c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

5. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal"; and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

6. Type the name and title of each person signing this bond in the space provided.

7. In its application to negotiated contracts, the terms "bid" and "bidder" shall include "proposal" and "offeror."

---

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (MVCB), 1800 F Street, NW, Washington, DC 20405.

| **Payment Bond** (See Instructions On Page 3) | Date Bond Executed (Must be same or later than date of contract) OPEN | OMB Control Number: 9000-0001 Expiration Date: 1/31/2027 |
|---|---|---|

| Principal (Legal name and business address) | Type Of Organization ("X" one) |
|---|---|
| John Dennis Rasmussen 2014 NE. Broadway Portland, Oregon [97232-1511] | [X] Individual    ☐ Partnership ☐ Joint Venture ☐ Corporation ☐ Other (Specify) |

| Surety(ies) (Name(s) and business address(es)) | Type continued: State Of Incorporation Oregon - 033005 |
|---|---|

| Surety(ies) (Name(s) and business address(es)) | Penal Sum Of Bond |  |  |  |
|---|---|---|---|---|
| Depository Trust and Clearing Corporation 570 Washington Blvd. Jersey City, New Jersey [07310] | Million(s) | Thousand(s) | Hundred(s) | Cents |

| Contract Date | Contract Number |
|---|---|
| OPEN | RE 2:19-CV-1077-JR |

**Obligation:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

**Conditions:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**Witness:**

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

**Principal**

| Signature(s) | 1. _(Seal)_ | 2. (Seal) | 3. (Seal) | Corporate Seal |
|---|---|---|---|---|
| Name(s) & Title(s) (Typed) | 1. JOHN D. RASMUSSEN Principal | 2. | 3. | |

**Individual Surety(ies)**

| Signature(s) | 1. _(Seal)_ | 2. (Seal) |
|---|---|---|
| Name(s) (Typed) | 1. JOHN D. RASMUSSEN Principal | 2. |

**Corporate Surety(ies)**

| | Name & Address | | State Of Incorporation | Liability Limit $ | |
|---|---|---|---|---|---|
| Surety A | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

Authorized For Local Reproduction
Previous Edition Is Not Usable

**STANDARD FORM 25A (REV. 10/2023)**
Prescribed by GSA-FAR (48 CFR) 53.228(c)

**Corporate Surety(ies) (Continued)**

| Surety B | Name & Address | | State Of Incorporation | Liability Limit $ | |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

| Surety C | Name & Address | | State Of Incorporation | Liability Limit $ | |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

| Surety D | Name & Address | | State Of Incorporation | Liability Limit $ | |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

| Surety E | Name & Address | | State Of Incorporation | Liability Limit $ | |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

| Surety F | Name & Address | | State Of Incorporation | Liability Limit $ | |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

| Surety G | Name & Address | | State Of Incorporation | Liability Limit $ | |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

STANDARD FORM 25A (REV. 10/2023) PAGE 2

**Instructions**

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under 40 USC Chapter 31, Subchapter III, Bonds. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the Liability Limit block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "Corporate Surety(ies)." In the space designated "Surety(ies)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.


**Paperwork Reduction Act Statement**

This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (MVCB), 1800 F Street, NW, Washington, DC 20405.

| **Affidavit Of Individual Surety** (See instructions on page 4) | **OMB Control Number: 9000-0001** **Expiration Date: 1/31/2027** | |
|---|---|---|
| State Of<br>Oregon | County Of<br>Union | ss. |

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. Where the sureties are acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

| 1. Name (First, Middle, Last) (Type or Print)<br>John Dennis Rasmussen | 2A. Home Address (Number, Street, City, State, ZIP Code) 65465 MARKET LN COVE, OREGON 97824 | |
|---|---|---|
| 3. Type And Duration Of Occupation<br>Surety/Lifetime | | |
| | 2B. Telephone Number<br>541-975-4719 | 2C. Email Address<br>jdr@oregonwireless.net |
| 4A. Name And Address Of Employer (Number, Street, City, State, ZIP Code) (If self-employed, so state)<br><br>Self Employed/Oregon | 5A. Name And Address Of Individual Surety Broker Used (Number, Street, City, State, ZIP Code)<br><br>Depository Trust and Clearing Corporation<br>570 Washington Blvd.<br>Jersey City, New Jersey [07310] | |
| | 5B. Surety Broker Email Address | |
| 4B. Employer Email Address | 5C. Home Telephone Number | 5D. Business Telephone Number |
| 6A. Name And Address Of Financial Institution Submitting The Pledge Of Securities On Behalf Of Individual Surety (Number, Street, City, State, ZIP Code) | 6B. Financial Institution Email Address | 6C. Routing Transit Number (RTN) |
| | 6D. Contact Person Name | 6E. Contact Person Telephone Number |
| | 6F. Contact Person Email Address | |

STANDARD FORM 28 (REV. 10/2023)
Prescribed by GSA-FAR (48 CFR) 53.228(e)

7.  The Following Is A True Representation Of The Assets I Have Pledged To The United States In Support Of The Attached Bond. (List The Committee On Uniform Securities Identification Procedures (CUSIP) Number And Par (Face) Amount Of Each Security).

RE 2:19-CV-1077-JR - See GSA FORMS; sf 24; sf 25; sf 1418; sf 28; sf 273; sf 274; sf 275 and 91

Birth Certificate Oregon - 033005 and Social Security 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; Bond Number ; Non - Negotiable set off 033005; Deposited with the United States Treasury

8.  Identify All Liens, Judgements, Or Any Other Encumbrances Involving Subject Assets.

Steven L. Naito; RE 2:19-CV-1077-JR; - See GSA FORMS; sf 24; sf 25; sf 1418; sf 28; sf 273; sf 274; sf 275 and 91.

STANDARD FORM 28 (REV. 10/2023) PAGE 2

9. Identify All Bonds, Including Bid Guarantees, For Which The Subject Assets Have Been Pledged Within Three Years Prior To The Date Of Execution Of This Affidavit.

Bid Bond issued by Steven L. Naito; RE 2:19-CV-1077-JR; - See GSA FORMS; sf 24; sf 25; sf 1418; sf 28; sf 273; sf 274; sf 275 and 91.

**Documentation Of The Pledged Asset Must Be Attached.**

| 10. Signature | 11. Bond And Contract To Which This Affidavit Relates (where appropriate) | |
|---|---|---|
| **12. Subscribed And Sworn To Before Me As Follows:** | | |
| a. Date Oath Administered | b. City And State (or other jurisdiction) | |
| Month    Day    Year | See attached notarial certificate | Official Seal |
| c. Name And Title Of Official Administering Oath (type or print) | d. Signature | e. My Commission Expires |

OFFICIAL STAMP
RET NELL SCHONBACHLER
RY PUBLIC - OREGON
MISSION NO. 1019863
PIRES DECEMBER 12, 2025

**STANDARD FORM 28** (REV. 10/2023) **PAGE 3**

State of Oregon

County of _Union_

Signed and Sworn to (or affirmed) before me on (date)

_October 2_____, 20_24_, by (name(s) of individual(s) making

statement) _John D. Rasmu Rasmussen_ .

_Margaret N Schonbachler_

| OFFICIAL STAMP |
| MARGARET NELL SCHONBACHLER |
| NOTARY PUBLIC - OREGON |
| COMMISSION NO. 1019863 |
| MY COMMISSION EXPIRES DECEMBER 12, 2025 |

Notary Public – State of Oregon

<u>Official Stamp</u>

<u>Document Description</u>

This certificate is attached to page _3_ of a _Bid bond_____ (title

or type of document), dated _October 2_, 20 _4_, consisting of _4_ Pages.



Instructions

1. Individual sureties on bonds executed in connection with Government contracts must complete and submit this form with the bond. (See Federal Acquisition Regulation (FAR) 28.203, 53.228(e).) The surety must have the completed form notarized.

2. No corporation, partnership, or other unincorporated association or firm, as such, is acceptable as an individual surety (i.e. must be a natural person). Likewise, members of a partnership are not acceptable as sureties on bonds that a partnership or an association, or any co-partner or member thereof, is the principal obligor. An individual surety will not include any financial interest in assets connected with the principal on the bond that this affidavit supports.

3. United States citizenship is a requirement for individual sureties for contracts and bonds when the contract is awarded in the United States. However, when the Contracting Officer is located in an outlying area or a foreign country, the individual surety is only required to be a permanent resident of the area or country in which the contracting officer is located.

4. All signatures of the affidavit submitted must be originals. Affidavits bearing reproduced signatures are not acceptable. An authorized person must sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of a firm, partnership, or joint venture, or an officer of the corporation involved.

**Paperwork Reduction Act Statement**

This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 0.3 hours to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (MVCB), 1800 F Street, NW, Washington, DC 20405.

**STANDARD FORM 28** (REV. 10/2023) **PAGE 4**

| Performance Bond For Other Than Construction Contracts (See Instructions on Page 3) | Date Bond Executed (Must be same or later than date of contract) OPEN | OMB Control Number: 9000-0001 Expiration Date: 1/31/2027 |
|---|---|---|

| Principal (Legal name and business address) | Type of Organization ("X" one) | |
|---|---|---|
| John Dennis Rasmussen 2014 NE. Broadway Portland, Oregon [97232-1511] | [X] Individual    [ ] Partnership [ ] Joint Venture    [ ] Corporation | |
| | State of Incorporation Oregon - 033005 | |

| Surety(ies) (Name(s) and business address(es)) | Penal Sum of Bond | | | |
|---|---|---|---|---|
| John Dennis Rasmussen Depository Trust and Clearing Corporation 570 Washington Blvd. Jersey City, New Jersey [07310] | Million(s) | Thousand(s) | Hundred(s) | Cents |

| Contract Date OPEN | Contract Number RE 2:19-CV-1077-JR |
|---|---|
| Option Date | Option Number |

### Obligation:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

### Conditions:

The Principal has entered into the contract identified above.

### Therefore:

The above obligation is void if the Principal: (1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during either the base term or an optional term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) is waived.

The guaranty for a base term covers the initial period of performance of the contract and any extensions thereof excluding any options. The guaranty for an option term covers the period of performance for the option being exercised and any extensions thereof.

The failure of a surety to renew a bond for any option term shall not result in a default of any bond previously furnished covering any base or option term.

### Witness:

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

Authorized For Local Reproduction Previous Edition Is Not Usable

STANDARD FORM 1418 (REV. 10/2023) Prescribed by GSA-FAR (48 CFR) 53.228(n)

**Principal**

| Signature(s) | 1. _(signature)_ (Seal) | 2. (Seal) | Corporate Seal |
|---|---|---|---|
| Name(s) and Title(s) (Typed) | 1. JOHN D. RASMUSSEN  Principal | 2. | |

**Individual Surety(ies)**

| Signature(s) | 1. _(signature)_ (Seal) | 2. (Seal) | |
|---|---|---|---|
| Name(s) (Typed) | 1. JOHN D. RASMUSSEN Principal | 2. | |

**Corporate Surety(ies)**

**Surety A**

| Name and Address | | State of Incorporation | Liability Limit $ | |
|---|---|---|---|---|
| Signature(s) | 1. | 2. | | Corporate Seal |
| Name(s) and Title(s) (Typed) | 1. | 2. | | |

**Surety B**

| Name and Address | | State of Incorporation | Liability Limit $ | |
|---|---|---|---|---|
| Signature(s) | 1. | 2. | | Corporate Seal |
| Name(s) and Title(s) (Typed) | 1. | 2. | | |

**Surety C**

| Name and Address | | State of Incorporation | Liability Limit $ | |
|---|---|---|---|---|
| Signature(s) | 1. | 2. | | Corporate Seal |
| Name(s) and Title(s) (Typed) | 1. | 2. | | |

**Surety D**

| Name and Address | | State of Incorporation | Liability Limit $ | |
|---|---|---|---|---|
| Signature(s) | 1. | 2. | | Corporate Seal |
| Name(s) and Title(s) (Typed) | 1. | 2. | | |

**Surety E**

| Name and Address | | State of Incorporation | Liability Limit $ | |
|---|---|---|---|---|
| Signature(s) | 1. | 2. | | Corporate Seal |
| Name(s) and Title(s) (Typed) | 1. | 2. | | |

**STANDARD FORM 1418** (REV. 10/2023) **PAGE 2**

| | | | State of Incorporation | Liability Limit | |
|---|---|---|---|---|---|
| **Surety F** | Name and Address | | State of Incorporation | Liability Limit $ | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) and Title(s) (Typed) | 1. | 2. | | |
| **Surety G** | Name and Address | | State of Incorporation | Liability Limit $ | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) and Title(s) (Typed) | 1. | 2. | | |

| Bond Premium ▶ | Rate Per Thousand ($) | Total ($) |
|---|---|---|
| | | |

## Instructions

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "Corporate Surety(ies)." In the space designated "Surety(ies)" on the face of the form, insert only the letter identification of the sureties.

   (b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

6. Unless otherwise specified, the bond shall be submitted to the contracting office that awarded the contract.

**STANDARD FORM 1418** (REV. 10/2023) **PAGE 3**

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (MVCB), 1800 F Street, NW, Washington, DC 20405.

| Reinsurance Agreement For A Bonds Statute Performance Bond (See instructions on Page 3) | OMB Control Number: 9000-0001<br>Expiration Date: 1/31/2027 |
|---|---|

| 1. Direct Writing Company*<br><br>John Dennis Rasmussen<br>2014 NE. Broadway<br>Portland, Oregon [97232-1511] | 1A. Date Direct Writing Company Executes This Agreement<br>OPEN |
| | 1B. State Of Incorporation<br>Oregon - 033005 |
| 2. Reinsuring Company*<br><br>Depository Trust and Clearing Corporation<br>570 Washington Blvd.<br>Jersey City, New Jersey [07310] | 2A. Amount Of This Reinsurance ($) |
| | 2B. Date Reinsuring Company Executes This Agreement<br>OPEN |
| | 2C. State Of Incorporation |

| 3. Description Of Contract | | 4. Description Of Bond | |
|---|---|---|---|
| 3A. Amount Of Contract | | 4A. Penal Sum Of Bond | |
| 3B. Contract Date | 3C. Contract Number | 4B. Date Of Bond | 4C. Bond Number |
| 3D. Description Of Contract | | 4D. Principal* | |
| 3E. Contracting Agency | | 4E. State Of Incorporation (If Corporate Principal) | |

*Items 1, 2, 4D - Furnish legal name, business address and ZIP Code.

| Authorized For Local Reproduction<br>Previous Edition Is Not Usable | STANDARD FORM 273 (REV. 10/2023)<br>Prescribed by GSA - FAR (48 CFR) 53.228(h) |
|---|---|

Agreement:

(a) The Direct Writing Company named above is bound as surety to the United States of America on the performance bond described above, wherein the above described is the principal, for the protection of the United States on the contract described above. The contract is for the construction, alteration, or repair of a public building or public work of the United States, and the performance bond was furnished to the United States under 40 U.S.C. chapter 31, subchapter III, Bonds, known as the Bonds Statute. The Direct Writing Company has applied to the Reinsuring Company named above to be reinsured and counter-secured in the amount shown opposite the name of the Reinsuring Company (referred to as the "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the performance bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of the agreement.

Terms And Conditions:

(a) The purpose and intent of this agreement is to guarantee and indemnify the United States against loss under the performance and to the extent of the "Amount of this Reinsurance," or any sum less than the "Amount of this Reinsurance" that is owing and unpaid by the Direct Writing Company to the United States under the performance bond.

(b) If the Direct Writing Company fails to pay any default under the performance bond equal to or in excess of the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States, the obligee on the performance bond, the "Amount of this Reinsurance." If the Direct Writing Company fails to pay to the United States any default for a sum less than the "Amount of this Reinsurance" the Reinsuring Company covenants and agrees to pay to the United States the full amount of the default, or so much thereof that is not paid to the United States by the Direct Writing Company.

(c) If there is a default on the performance bond for the "Amount of this Reinsurance," or more, the Reinsuring Company and the Direct Writing Company hereby covenant and agree that the United States may bring suit against the Reinsuring Company for the "Amount of this Reinsurance" or, in case the amount of the default is for less than the "Amount of this Reinsurance," for the full amount of the default.

Witness:

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing power to sign this instrument, and to be duly attested by officers empowered thereto, on the day and date above written opposite their respective names.

| 5. Direct Writing Company | | |
|---|---|---|
| 5A(1) Signature | (2) Attest: Signature | Corporate Seal |
| 5B(1) Name And Title (Typed)<br>JOHN D. RASMUSSEN | (2) Name And Title (Typed)<br>JOHN D. RASMUSSEN<br>Authorized Representative | |

**STANDARD FORM 273** (REV. 10/2023) **PAGE 2**

| 6. Reinsuring Company | | |
|---|---|---|
| 6A(1) Signature | (2) Attest: Signature | Corporate Seal |
| 6B(1) Name And Title (Typed)<br><br>JOHN D. RASMUSSEN | (2) Name And Title (Typed)<br>JOHN D. RASMUSSEN<br>Authorized Representative | |

## Instructions

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Bonds Statute performance bonds running to the United States. See FAR (48 CFR) 28.202(a)(4) and 53.228(h).

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.

One copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of the Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.

## Paperwork Reduction Act Statement

This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (MVCB), 1800 F Street, NW, Washington, DC 20405.

**STANDARD FORM 273** (REV. 10/2023) **PAGE 3**

| Reinsurance Agreement For A Bonds Statute Payment Bond (See instructions on Page 4) | OMB Control Number: 9000-0001<br>Expiration Date: 1/31/2027 |
|---|---|

| 1. Direct Writing Company*<br><br>John Dennis Rasmussen<br>65465 Market Lane<br>Cove, Oregon [97824] | 1A. Date Direct Writing Company Executes This Agreement<br><br>OPEN |
|---|---|
| | 1B. State Of Incorporation<br>Oregon - 033005 |
| 2. Reinsuring Company*<br><br>Depository Trust and Clearing Corporation<br>570 Washington Blvd.<br>Jersey City, New Jersey [07310] | 2A. Amount Of This Reinsurance<br>$ |
| | 2B. Date Reinsuring Company Executes This Agreement<br><br>OPEN |
| | 2C. State Of Incorporation |

| 3. Description Of Contract | 4. Description Of Bond |
|---|---|
| 3A. Amount Of Contract | 4A. Penal Sum Of Bond |

| 3B. Contract Date | 3C. Contract Number | 4B. Date Of Bond | 4C. Bond Number |
|---|---|---|---|

| 3D. Description Of Contract<br><br>Performance Bond<br>Case No: RE 2:19-CV-1077-JR<br>Steven L. Naito<br>2014 NE. Broadway<br>Portland, Oregon [97232-1511] | 4D. Principal*<br><br>John Dennis Rasmussen<br>65465 Market Lane<br>Cove, Oregon [97824] |
|---|---|
| 3E. Contracting Agency | 4E. State Of Incorporation (If Corporate Principal) |

*Items 1, 2 ,4D - furnished legal name, business address and ZIP Code.

Authorized For Local Reproduction
Previous Edition Is Not Usable

**STANDARD FORM 274 (REV. 10/2023)**
Prescribed by GSA - FAR (48 CFR) 53.228(i)

Agreement:

(a) The Direct Writing Company named above is bound as a surety on the payment bond described above, wherein the above described is the principal, for the protection of all persons supplying labor and material on the contract described above, which is for the construction, alteration, or repair of a public building or public work of the United States. The payment bond is for the use of persons supplying labor or material, and is furnished to the United States under 40 U.S.C. chapter 31, subchapter III, Bonds, known as the Bonds Statute. The Direct Writing Company has applied to the Reinsuring Company named above to be reinsured and counter-secured in the amount above opposite the name of the Reinsuring Company (referred to as "Amount Of This Reinsurance"), or for whatever amount less than the "Amount Of This Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the payments bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

Terms And Conditions:

The purpose and intent of this agreement is (a) to guarantee and indemnify the persons who have furnished or supplied labor or material in the prosecution of the work provided for in the contract referred to above (hereinafter referred to as "laborers and materialmen," the term "materialmen" including persons having a direct contractual relation with a subcontractor but no contractual relationship expressed or implied with the contractor who has furnished the said payment bond) against loss under the payment bond to the extent of the "Amount Of This Reinsurance," or for any sum less than the "Amount Of This Reinsurance," that is owing and unpaid by the Direct Writing Company to the "laborers and materialmen" on the payment bond; and (b) to make the "laborers and materialmen" obligees under this Reinsurance Agreement to the same extent as if their respective names were written herein.

Therefore:

1. The Reinsuring Company covenants and agrees -

(a) To pay the "Amount Of This Reinsurance" to the "laborers and materialmen" in the event of the Direct Writing Company's failure to pay to the "laborers and materialmen" any default under the payment bond equal to or in excess of the "Amount Of This Reinsurance;" and

(b) To pay (1) the full amount to the "laborers and materialmen," or (2) the amount not paid to them by the Direct Writing Company; in case the Direct Writing Company fails to pay the "laborers and materialmen" any default under the payment bond less than the "Amount Of This Reinsurance."

2. The Reinsuring Company and the Direct Writing Company covenant and agree that, in the case of default on the payment bond for the "Amount Of This Reinsurance," or more, the persons given a "right of action" or a "right to sue" on the payment bond by 40 U.S.C. 3133 may bring suit against the Reinsuring Company in the United States District Court for the district in which the contract described above is to be performed and executed for the "Amount Of This Reinsurance" or, if the amount of the default is for less than the "Amount Of This Reinsurance," for whatever the full amount of the default may be.  The Reinsuring Company further covenants and agrees to comply with all requirements necessary to give such court jurisdiction, and to consent to determination of matters arising under this Reinsurance Agreement in accordance with the law and practice of the court.  It is expressly understood by the parties that the rights, powers, and privileges given in this paragraph to persons are in addition to or supplemental to or in accordance with other rights, powers, and privileges which they might have under the statutes of the United States, any States, or the other laws of either, and should not be construed as limitations.

3. The Reinsuring Company and the Direct Writing Company further covenant and agree that the Reinsuring Company designates the process agent, appointed by the Direct Writing Company in the district in which the contract is to be performed and executed, as an agent to accept service of process in any suit instituted on this Reinsurance Agreement, and that the process agent shall send, by registered mail, to the Reinsuring Company at its principal place of business shown above, a copy of the process.

4. The Reinsuring Company and the Direct Writing Company further covenant and agree that this Reinsurance Agreement is an integral part of the payment bond.

Witness:

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing the power to sign this instrument, and to be duly attested to by officers empowered thereto, on the day and date in Item 1A written opposite their respective names.

## 5. Direct Writing Company

| 5A. (1) Signature | (2) Attest:  Signature | Corporate |
|---|---|---|
| 5B. (1) Name And Title (Typed)<br>JOHN D. RASMUSSEN | (2) Name And Title (Typed)<br>JOHN D. RASMUSSEN<br>Authorized Representative | Seal |

## 6. Reinsuring Company

| 6A. (1) Signature | (2) Attest:  Signature | Corporate |
|---|---|---|
| 6B. (1) Name And Title (Typed)<br>JOHN D. RASMUSSEN | (2) Name And Title (Typed)<br>JOHN D. RASMUSSEN<br>Authorized Representative | Seal |

**STANDARD FORM 274** (REV. 10/2023) **PAGE 3**

## Instructions

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Bonds Statute payment bonds running to the United States.  See FAR (48 CFR) 28.202(a)(4) and 53.228(i).

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in bid or proposal.

One copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filled with the Department of Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company.  Each Reinsuring Company should use a separate form.

**Paperwork Reduction Act Statement**

This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995.  You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number.  The OMB control number for this collection is 9000-0001.  We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions.  Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to:  U.S. General Services Administration, Regulatory Secretariat Division (MVCB), 1800 F Street, NW, Washington, DC  20405.

**STANDARD FORM 274** (REV. 10/2023) **PAGE 4**

| Reinsurance Agreement In Favor Of The United States (See instructions on Page 3) | OMB Control Number: 9000-0001 Expiration Date: 1/31/2027 |
|---|---|

| 1. Direct Writing Company*<br><br>John Dennis Rasmussen<br>65465 Market Lane<br>Cove, Oregon [97824] | 1A. Date Direct Writing Company Executes This Agreement<br>OPEN |
| | 1B. State of Incorporation<br>Oregon - 033005 |

| 2. Reinsuring Company*<br><br><br>Depository Trust and Clearing Corporation<br>570 Washington Blvd.<br>Jersey City, New Jersey [07310] | 2A. Amount of This Reinsurance ($) |
| | 2B. Date Reinsuring Company Executes This Agreement<br>OPEN |
| | 2C. State of Incorporation |

**3. Description of Bond**

| 3A. Description of Bond (Type, purpose, etc.) (If associated with contract number, date, amount, etc., include name of Government agency involved.)<br><br>Payment Bond<br>Payment Settlement of Contract<br>Steven L. Naito<br>2014 NE. Broadway<br>Portland, Oregon [97232-1511] | 3B. Penal Sum of Bond<br>$ |
| | 3C. Date of Bond — OPEN / 3D. Bond Number — 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 |
| | 3E. Principal*<br>John Dennis Rasmussen<br>65465 Market Lane<br>Cove, Oregon [97824] |
| | 3F. State of Incorporation (If corporate principal) |

**Agreement:**

(a) The Direct Writing Company named above is bound as surety to the United States of America, on the bond described above, wherein the above-named is the principal. The bond is given for the protection of the United States and the Direct Writing Company has applied to the above Reinsuring Company to be reinsured and counter-secured in the amount shown opposite the name of the Reinsuring Company (referred to as the "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

**Terms and Conditions:**

The purpose and intent of this agreement is to guarantee and indemnify the United States against loss under the bond to the extent of the "Amount of this Reinsurance," or for any less sum than the "Amount of this Reinsurance," that is owing and unpaid by the Direct Writing Company to the United States.

*Items 1, 2, 3E - Furnish legal name, business address and ZIP Code.

| Authorized For Local Reproduction<br>Previous Edition Is Not usable | **STANDARD FORM 275 (REV. 10/2023)**<br>Prescribed by GSA-FAR (48 CFR) 53.228(j) |

**Therefore:**

1. If the Direct Writing Company fails to pay any default under the bond equal to or in excess of the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States, the obligee on the bond, the "Amount of this Reinsurance." If the Direct Writing Company fails to pay to the United States any default for a sum less than the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States the full amount of the default, or so much thereof that is not paid to the United States by the Direct Writing Company.

2. The Reinsuring Company further covenants and agrees that in case of default on the bond for the "Amount of this Reinsurance," or more, the United States may sue the Reinsuring Company for the "Amount of this Reinsurance" or for the full amount of the default when the default is less than the "Amount of this Reinsurance."

**Witness**

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing power to sign this instrument, and to be duly attested to by officers empowered thereto, on the day and date above -- written opposite their respective names.

---

**4. Direct Writing Company**

| 4A(1). Signature | (2). Attest: Signature | |
|---|---|---|
| | | Corporate Seal |
| 4B(1). Name and Title (Typed) | 4B(2). Name and Title (Typed) | |
| JOHN D. RASMUSSEN | JOHN D. RASMUSSEN  Authorized Representative | |

**5. Reinsuring Company**

| 5A(1). Signature | (2). Attest: Signature | |
|---|---|---|
| | | Corporate Seal |
| 5B(1). Name and Title (Typed) | 5B(2). Name and Title (Typed) | |
| JOHN D. RASMUSSEN | JOHN D. RASMUSSEN  Authorized Representative | |

---

## Instructions

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on bonds running to the United States except Miller Act Performance and Payment Bonds. See Federal Acquisition Regulation - Code of Federal Regulations at (48 CFR) 28.202(a)(4) and 53.228(j) and 31 CFR 223.11(b)(1). If this form is used to reinsure a bid bond, the "Penal Sum of Bond" and "Amount of this Reinsurance" may be expressed as percentage of the bid provided the actual amounts will not exceed the companies' respective underwriting limitations.

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.

One carbon copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.

---

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (MVCB), 1800 F Street, NW, Washington, DC 20405.

## RELEASE OF PERSONAL PROPERTY FROM ESCROW

Whereas _____John Dennis Rasmussen_____ , of _____Oregon - 033005_____ , by a bond
(Name)                                            (Place of Residence)
for the performance of U.S. Government Contract Number _____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_____ ,
became a surety for the complete and successful performance of said contract, and Whereas said
surety has placed certain personal property in escrow

in Account Number _____RE 2:19-CV-1077-JR_____ on deposit

at _____Steven L. Naito_____
(Name of Financial Institution)

located at _____2014 NE. Broadway Portland, Oregon [97232-1511]_____ , and
(Address of Financial Institution)

Whereas I, _____John Dennis of the Rasmussen family_____ , being a duly authorized

representative of the United States government as a warranted contracting officer, have determined
that retention in escrow of the following property is no longer required to ensure further performance
of the said Government contract or satisfaction of claims arising therefrom:

Steven L. Naito; RE 2:19-CV-1077-JR. See GSA FORMS; sf 24; sf 25; sf 1418; sf 28; sf 273; sf 274; sf
275 and 91.

and

Whereas the surety remains liable to the United States Government for the continued performance of
the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow the
property listed above, and directs the custodian of the aforementioned escrow account to deliver the
listed property to the surety. If the listed property comprises the whole of the property placed in
escrow in the aforementioned escrow account, the Government further directs the custodian to close
the account and to return all property therein to the surety, along with any interest accruing which
remains after the deduction of any fees lawfully owed to

_____Steven L. Naito_____ .
(Name of Financial Institution)

[Date] October 2, 2024                    [Signature] _____
                                          Seal

AUTHORIZED FOR LOCAL REPRODUCTION

OPTIONAL FORM 91 (1-90)
Prescribed by GSA-FAR (48 CFR) 53.228(o)

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)
Peter M. Grabiel, OSB No. 171964

B. E-MAIL CONTACT AT SUBMITTER (optional)

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

PITZER LAW
210 SW Morrison St., Suite 600
Portland, Oregon [97204]

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of Item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME PITZER LAW | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME Grabiel, Esq. | FIRST PERSONAL NAME Peter | ADDITIONAL NAME(S)/INITIAL(S) M. | SUFFIX |
| 1c. MAILING ADDRESS 210 SW Morrison St., Suite 600 | CITY Portland | STATE OR  POSTAL CODE 97204 | COUNTRY |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of Item 2 blank, check here · ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME THE STATE BAR OF OREGON | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME PETER M. GRABIEL, OSB No. 171964 | FIRST PERSONAL NAME Peter | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS P.O. Box 231935 | CITY Tigard | STATE OR  POSTAL CODE 97281-1935 | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME JOHN DENNIS RASMUSSEN TRUST | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME Rasmussen | FIRST PERSONAL NAME John | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS 65465 Market Lane | CITY Cove | STATE OR  POSTAL CODE 97824 | COUNTRY |

4. COLLATERAL: This financing statement covers the following collateral:

THIS IS ACTUAL AND CONSTRUCTIVE NOTICE FOR THE BENEFIT OF THE DEPOSITORY SECURED PARTY/GRANTEE BENEFICIARYiCLAIMANT IN THIS TRUST ACTION FOR CLAIMANTS CLAIM; Any/all Commodity and trust deposit accounts and contracts attached collateral to secure collateral of the name JOHN DENNIS RASMUSSEN; rejects any/all assumption(s) of being Property as mentioned under Cannon 2:19-CV-1077-JR and assignment of anylall debt obligation to the Office of Secretary of the Treasury under 31 USC 3123; Good As AVAL.

5. Check only if applicable and check only one box:  Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☑ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):   ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☑ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 07/01/23)

# UCC FINANCING STATEMENT **ADDENDUM**
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| 9a ORGANIZATION'S NAME |
|---|
| **PITZER LAW** |

OR

| 9b. INDIVIDUAL'S SURNAME |
|---|
| FIRST PERSONAL NAME |
| Peter M. Grabiel, OSB No. 171964 |
| ADDITIONAL NAME(S)/INITIAL(S) · SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME |
|---|
| **DEPARTMENT OF THE TREASURY** |

OR

| 10b. INDIVIDUAL'S SURNAME |
|---|
| INDIVIDUAL'S FIRST PERSONAL NAME |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) · SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1500 PENNSYLVANIA AVE #3413 | WASHINGTON | DC | 20220 | |

11. ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| 11a. ORGANIZATION'S NAME |
|---|

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

**Clerk of Courts is now ordered and to complete The Secured Party under UCC 3-306.**

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

SECURED PARTY COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 07/01/23)

## UCC FINANCING STATEMENT **ADDENDUM**
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| | |
|---|---|
| 9a. ORGANIZATION'S NAME | |
| **PITZER LAW** | |
| OR  9b. INDIVIDUAL'S SURNAME | |
| FIRST PERSONAL NAME | |
| **Peter M. Grabiel, OSB No. 171964** | |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | | | | |
|---|---|---|---|---|
| 10a. ORGANIZATION'S NAME | | | | |
| **UNITED STATES DISTRICT COURT, DISTRICT OF OREGON, PORTLAND DIVISION** | | | | |
| OR 10b. INDIVIDUAL'S SURNAME | | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | | |
| **Karin Johanna Immergut** | | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |
| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **1000 S.W. Third Ave** | **Portland** | **OR** | **97204** | |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| | | | |
|---|---|---|---|
| 11a. ORGANIZATION'S NAME | | | |
| OR 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 11c. MAILING ADDRESS | CITY | STATE  POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

Clerk of Courts is now ordered to complete The Secured Party payment discharge under UCC 3-306, and Title 28 USC 2041.

| | |
|---|---|
| 13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT: ☐ covers timber to be cut  ☐ covers as-extracted collateral  ☐ is filed as a fixture filing |
| 15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | 16. Description of real estate: |

17. MISCELLANEOUS:

SECURED PARTY COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 07/01/23)

# UCC FINANCING STATEMENT **ADDITIONAL PARTY**
FOLLOW INSTRUCTIONS

**18. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

18a. ORGANIZATION'S NAME
**PITZER LAW**

OR 18b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME
Peter M. Grabiel, OSB No. 171964

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**19. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

19a. ORGANIZATION'S NAME
**OFFICE OF THE ATTORNEY GENERAL**

| OR 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 165 E Seventh Ave. | Eugene | OR | 97401 | |

**20. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

20a. ORGANIZATION'S NAME
**Clerk of Court**

| OR 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| John Does 1-1 00 | | | |

| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1000 S.W. Third Ave | Portland | OR | 97204 | |

**21. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

21a. ORGANIZATION'S NAME
**PITZER LAW**

| OR 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| Grabiel | Peter | M. | |

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 210 SW Morrison St., Suite 600 | Portland | OR | 97204 | |

**22.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

22a. ORGANIZATION'S NAME

| OR 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**23.** ☑ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

23a. ORGANIZATION'S NAME

| OR 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| Rasmussen | John | Dennis | |

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 65465 Market Lane | Cove | OR | 97824 | |

**24. MISCELLANEOUS:**

A Bar member cannot practice law without a Bond.

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (Form UCC1AP) (Rev. 07/01/23)

| **Bid Bond** (See Instructions on Page 3) | Date Bond Executed (Must Not Be Later Than Bid Opening Date) OPEN | | **OMB Control Number: 9000-0001** Expiration Date: 1/31/2027 |
|---|---|---|---|

| Principal (Legal Name And Business Address) | Type Of Organization ("X" One) |
|---|---|
| John Dennis Rasmussen<br>210 S.W. Morrison Street Suite 600<br>Portland, Oregon [97281-1935] | ☒Individual ☐Partnership ☐Joint Venture<br>☐Corporation ☐Other (Specify) |
| | State Of Incorporation<br>Oregon - 033005 |

Surety(ies) (Name And Business Address)

John Dennis Rasmussen
Depository Trust and Clearing Corporation
570 Washington Blvd. Jersey City, New Jersey [07310]

| Penal Sum Of Bond | | | | | Bid Identification | |
|---|---|---|---|---|---|---|
| Percent Of Bid Price | Amount Not To Exceed | | | | Bid Date | Invitation Number<br>RE 2:19-CV-1077-JR |
| | Million(s) | Thousand(s) | Hundred(s) | Cents | | |
| | | | | | For (Construction, Supplies Or Services) | |

### Obligation:

We, the Principal and Surety(ies) are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

### Conditions:

The Principal has submitted the bid identified above.

### Therefore:

The above obligation is void if the Principal - (a) upon acceptance by the Government of the bid identified above, within the period specified therein for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within the time specified (ten (10) days if no period is specified) after receipt of the forms by the Principal; or (b) in the event of failure to execute such further contractual documents and give such bonds, pays the Government for any cost of procuring the work which exceeds the amount of the bid.

Each Surety executing this instrument agrees that its obligation is not impaired by any extension(s) of the time for acceptance of the bid that the Principal may grant to the Government. Notice to the Surety(ies) of extension(s) is waived. However, waiver of the notice applies only to extensions aggregating not more than sixty (60) calendar days in addition to the period originally allowed for acceptance of the bid.

Authorized For Local Reproduction
Previous Edition Is Not Usable

**STANDARD FORM 24 (REV. 10/2023)**
Prescribed by GSA - FAR (48 CFR) 53.228(a)

**Witness:**

The Principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

**Principal**

| Signature(s) | 1. (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
|---|---|---|---|---|
| Name(s) And Title(s) (Typed) | 1. JOHN D. RASMUSSEN Principal | 2. | 3. | |

**Individual Surety(ies)**

| Signature(s) | 1. (Seal) | 2. (Seal) |
|---|---|---|
| Name(s) (Typed) | 1. JOHN D. RASMUSSEN Principal | 2. |

**Corporate Surety(ies)**

| Surety A | Name And Address | | State Of Incorporation | Liability Limit ($) | |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) And Title(s) (Typed) | 1. | 2. | | |

| Surety B | Name And Address | | State Of Incorporation | Liability Limit ($) | |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) And Title(s) (Typed) | 1. | 2. | | |

| Surety C | Name And Address | | State Of Incorporation | Liability Limit ($) | |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) And Title(s) (Typed) | 1. | 2. | | |

| Surety D | Name And Address | | State Of Incorporation | Liability Limit ($) | |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) And Title(s) (Typed) | 1. | 2. | | |

| | | | State Of Incorporation | Liability Limit ($) | |
|---|---|---|---|---|---|
| **Surety E** | Name And Address | | | | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) And Title(s) (Typed) | 1. | 2. | | |
| **Surety F** | Name And Address | | State Of Incorporation | Liability Limit ($) | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) And Title(s) (Typed) | 1. | 2. | | |
| **Surety G** | Name And Address | | State Of Incorporation | Liability Limit ($) | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) And Title(s) (Typed) | 1. | 2. | | |

**Instructions**

1. This form is authorized for use when a bid guaranty is required. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. The bond may express penal sum as a percentage of the bid price. In these cases, the bond may state a maximum dollar limitation (e.g., 20% of the bid price but the amount not to exceed _____ dollars).

4. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the Liability Limit block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

(b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "Corporate Surety(ies)." In the space designated "Surety(ies)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bond, provided that the sum total of their liability equals 100% of the bond penal sum.

(c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

5. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal"; and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

6. Type the name and title of each person signing this bond in the space provided.

7. In its application to negotiated contracts, the terms "bid" and "bidder" shall include "proposal" and "offeror."

---

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (MVCB), 1800 F Street, NW, Washington, DC 20405.

| **Payment Bond** (See Instructions On Page 3) | Date Bond Executed (Must be same or later than date of contract) OPEN | OMB Control Number: 9000-0001 Expiration Date: 1/31/2027 |
|---|---|---|

| Principal (Legal name and business address) | Type Of Organization ("X" one) |
|---|---|
| John Dennis Rasmussen 210 S.W. Morrison Street Suite 600 Portland, Oregon [97281-1935] | [X] Individual  ☐ Partnership ☐ Joint Venture ☐ Corporation ☐ Other (Specify) |
| | State Of Incorporation Oregon - 033005 |

| Surety(ies) (Name(s) and business address(es)) | Penal Sum Of Bond | | | |
|---|---|---|---|---|
| Depository Trust and Clearing Corporation 570 Washington Blvd. Jersey City, New Jersey [07310] | Million(s) | Thousand(s) | Hundred(s) | Cents |
| | Contract Date OPEN | | Contract Number RE 2:19-CV-1077-JR | |

**Obligation:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

**Conditions:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**Witness:**

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

**Principal**

| Signature(s) | 1. *(signature)* (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
|---|---|---|---|---|
| Name(s) & Title(s) (Typed) | 1. JOHN D. RASMUSSEN Principal | 2. | 3. | |

**Individual Surety(ies)**

| Signature(s) | 1. *(signature)* (Seal) | 2. (Seal) |
|---|---|---|
| Name(s) (Typed) | 1. JOHN D. RASMUSSEN Principal | 2. |

**Corporate Surety(ies)**

| | Name & Address | | State Of Incorporation | Liability Limit $ | |
|---|---|---|---|---|---|
| Surety A | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

Authorized For Local Reproduction
Previous Edition Is Not Usable

**STANDARD FORM 25A (REV. 10/2023)**
Prescribed by GSA-FAR (48 CFR) 53.228(c)

**Corporate Surety(ies) (Continued)**

| Surety B | Name & Address | | State Of Incorporation | Liability Limit $ | Corporate Seal |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

| Surety C | Name & Address | | State Of Incorporation | Liability Limit $ | Corporate Seal |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

| Surety D | Name & Address | | State Of Incorporation | Liability Limit $ | Corporate Seal |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

| Surety E | Name & Address | | State Of Incorporation | Liability Limit $ | Corporate Seal |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

| Surety F | Name & Address | | State Of Incorporation | Liability Limit $ | Corporate Seal |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

| Surety G | Name & Address | | State Of Incorporation | Liability Limit $ | Corporate Seal |
|---|---|---|---|---|---|
| | Signature(s) | 1. | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

## Instructions

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under 40 USC Chapter 31, Subchapter III, Bonds. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the Liability Limit block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "Corporate Surety(ies)." In the space designated "Surety(ies)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

## Paperwork Reduction Act Statement

This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (MVCB), 1800 F Street, NW, Washington, DC 20405.

| **Affidavit Of Individual Surety** (See instructions on page 4) | **OMB Control Number: 9000-0001** **Expiration Date: 1/31/2027** | |
|---|---|---|
| State Of Oregon | County Of Union | ss. |

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. Where the sureties are acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

| 1. Name (First, Middle, Last) (Type or Print) John Dennis Rasmussen | 2A. Home Address (Number, Street, City, State, ZIP Code) 65465 MARKET LN. COVE, OREGON 97824 | |
|---|---|---|
| 3. Type And Duration Of Occupation Surety/Lifetime | | |
| | 2B. Telephone Number 541-975-4719 | 2C. Email Address jdr@oregonwireless.net |
| 4A. Name And Address Of Employer (Number, Street, City, State, ZIP Code) (If self-employed, so state) Self Employed/Oregon | 5A. Name And Address Of Individual Surety Broker Used (Number, Street, City, State, ZIP Code) Depository Trust and Clearing Corporation 570 Washington Blvd. Jersey City, New Jersey [07310] | |
| | 5B. Surety Broker Email Address | |
| 4B. Employer Email Address | 5C. Home Telephone Number | 5D. Business Telephone Number |
| 6A. Name And Address Of Financial Institution Submitting The Pledge Of Securities On Behalf Of Individual Surety (Number, Street, City, State, ZIP Code) | 6B. Financial Institution Email Address | 6C. Routing Transit Number (RTN) |
| | 6D. Contact Person Name | 6E. Contact Person Telephone Number |
| | 6F. Contact Person Email Address | |

Authorized For Local Reproduction
Previous Edition Is Not Usable

**STANDARD FORM 28 (REV. 10/2023)**
Prescribed by GSA-FAR (48 CFR) 53.228(e)

7. The Following Is A True Representation Of The Assets I Have Pledged To The United States In Support Of The Attached Bond. (List The Committee On Uniform Securities Identification Procedures (CUSIP) Number And Par (Face) Amount Of Each Security).


RE 2:19-CV-1077-JR - See GSA FORMS: sf 24; sf 25; sf 1418; sf 28; sf 273; sf 274; sf 275 and 91


Birth Certificate Oregon - 033005 and Social Security 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; Bond Number ; Non - Negotiable set off  033005: Deposited with the United States Treasury


8. Identify All Liens, Judgements, Or Any Other Encumbrances Involving Subject Assets.


Peter M. Gabriel  #171964; RE 2:19-CV-1077-JR; - See GSA FORMS; sf 24; sf 25; sf 1418; sf 28; sf 273; sf 274; sf 275 and 91.

9. Identify All Bonds, Including Bid Guarantees, For Which The Subject Assets Have Been Pledged Within Three Years Prior To The Date Of Execution Of This Affidavit.

Bid Bond issued by Peter M. Gabriel #171964; RE 2:19-CV-1077-JR; - See GSA FORMS; sf 24; sf 25; sf 1418; sf 28; sf 273; sf 274; sf 275 and 91.

Documentation Of The Pledged Asset Must Be Attached.

| 10. Signature | 11. Bond And Contract To Which This Affidavit Relates (where appropriate) |
|---|---|

**12. Subscribed And Sworn To Before Me As Follows:**

| a. Date Oath Administered | b. City And State (or other jurisdiction) | | Official Seal |
|---|---|---|---|
| Month    Day    Year | See attached notorial certificate | | |
| c. Name And Title Of Official Administering Oath (type or print) | d. Signature | e. My Commission Expires | |

STANDARD FORM 28 (REV. 10/2023) PAGE 3

State of Oregon

County of _Union_

Signed and Sworn to (or affirmed) before me on (date)

_October 2_____, 20_24_, by (name(s) of individual(s) making

statement) _John D. Rasmussen_____.

_Margaret N. Schonbachler_

Notary Public – State of Oregon

OFFICIAL STAMP
MARGARET NELL SCHONBACHLER
NOTARY PUBLIC - OREGON
COMMISSION NO. 1019863
MY COMMISSION EXPIRES DECEMBER 12, 2025

Official Stamp

Document Description

This certificate is attached to page _3_ of a _Bid bond_____ (title

or type of document), dated _October 2_, 20 _24_, consisting of _4___ Pages.



Instructions

1. Individual sureties on bonds executed in connection with Government contracts must complete and submit this form with the bond. (See Federal Acquisition Regulation (FAR) 28.203, 53.228(e).) The surety must have the completed form notarized.

2. No corporation, partnership, or other unincorporated association or firm, as such, is acceptable as an individual surety (i.e. must be a natural person). Likewise, members of a partnership are not acceptable as sureties on bonds that a partnership or an association, or any co-partner or member thereof, is the principal obligor. An individual surety will not include any financial interest in assets connected with the principal on the bond that this affidavit supports.

3. United States citizenship is a requirement for individual sureties for contracts and bonds when the contract is awarded in the United States. However, when the Contracting Officer is located in an outlying area or a foreign country, the individual surety is only required to be a permanent resident of the area or country in which the contracting officer is located.

4. All signatures of the affidavit submitted must be originals. Affidavits bearing reproduced signatures are not acceptable. An authorized person must sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of a firm, partnership, or joint venture, or an officer of the corporation involved.

**Paperwork Reduction Act Statement**

This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 0.3 hours to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (MVCB), 1800 F Street, NW, Washington, DC 20405.

**STANDARD FORM 28** (REV. 10/2023) **PAGE 4**

| Performance Bond For Other Than Construction Contracts (See Instructions on Page 3) | Date Bond Executed (Must be same or later than date of contract) OPEN | OMB Control Number: 9000-0001 Expiration Date: 1/31/2027 |
|---|---|---|

| Principal (Legal name and business address) John Dennis Rasmussen 210 S.W. Morrison Street Suite 600 Portland, Oregon [97281-1935] | Type of Organization ("X" one) |
|---|---|

Type of Organization ("X" one)
[X] Individual    [ ] Partnership
[ ] Joint Venture    [ ] Corporation

State of Incorporation
Oregon - 033005

| Surety(ies) (Name(s) and business address(es)) John Dennis Rasmussen Depository Trust and Clearing Corporation 570 Washington Blvd. Jersey City, New Jersey [07310] | Penal Sum of Bond |
|---|---|

Penal Sum of Bond

| Million(s) | Thousand(s) | Hundred(s) | Cents |
|---|---|---|---|
| | | | |

| Contract Date OPEN | Contract Number RE 2:19-CV-1077-JR |
|---|---|
| Option Date | Option Number |

**Obligation:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**Conditions:**

The Principal has entered into the contract identified above.

**Therefore:**

The above obligation is void if the Principal: (1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during either the base term or an optional term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) is waived.

The guaranty for a base term covers the initial period of performance of the contract and any extensions thereof excluding any options. The guaranty for an option term covers the period of performance for the option being exercised and any extensions thereof.

The failure of a surety to renew a bond for any option term shall not result in a default of any bond previously furnished covering any base or option term.

**Witness:**

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

| Authorized For Local Reproduction Previous Edition Is Not Usable | STANDARD FORM 1418 (REV. 10/2023) Prescribed by GSA-FAR (48 CFR) 53.228(n) |
|---|---|

| **Principal** | | | | |
|---|---|---|---|---|
| Signature(s) | 1. _(Seal)_ | 2. _(Seal)_ | | Corporate Seal |
| Name(s) and Title(s) (Typed) | 1. JOHN D. RASMUSSEN Principal | 2. | | |

| **Individual Surety(ies)** | | | | |
|---|---|---|---|---|
| Signature(s) | 1. _(Seal)_ | 2. | | _(Seal)_ |
| Name(s) (Typed) | 1. JOHN D. RASMUSSEN Principal | 2. | | |

**Corporate Surety(ies)**

| | | | State of Incorporation | Liability Limit |
|---|---|---|---|---|
| **Surety A** | Name and Address | | | $ |
| | Signature(s) | 1. | 2. | Corporate Seal |
| | Name(s) and Title(s) (Typed) | 1. | 2. | |

| | | | State of Incorporation | Liability Limit |
|---|---|---|---|---|
| **Surety B** | Name and Address | | | $ |
| | Signature(s) | 1. | 2. | Corporate Seal |
| | Name(s) and Title(s) (Typed) | 1. | 2. | |

| | | | State of Incorporation | Liability Limit |
|---|---|---|---|---|
| **Surety C** | Name and Address | | | $ |
| | Signature(s) | 1. | 2. | Corporate Seal |
| | Name(s) and Title(s) (Typed) | 1. | 2. | |

| | | | State of Incorporation | Liability Limit |
|---|---|---|---|---|
| **Surety D** | Name and Address | | | $ |
| | Signature(s) | 1. | 2. | Corporate Seal |
| | Name(s) and Title(s) (Typed) | 1. | 2. | |

| | | | State of Incorporation | Liability Limit |
|---|---|---|---|---|
| **Surety E** | Name and Address | | | $ |
| | Signature(s) | 1. | 2. | Corporate Seal |
| | Name(s) and Title(s) (Typed) | 1. | 2. | |

**STANDARD FORM 1418** (REV. 10/2023) **PAGE 2**

| | | | | State of Incorporation | Liability Limit $ | |
|---|---|---|---|---|---|---|
| **Surety F** | Name and Address | | | State of Incorporation | Liability Limit $ | Corporate Seal |
| | Signature(s) | 1. | | 2. | | |
| | Name(s) and Title(s) (Typed) | 1. | | 2. | | |
| **Surety G** | Name and Address | | | State of Incorporation | Liability Limit $ | Corporate Seal |
| | Signature(s) | 1. | 2. | | | |
| | Name(s) and Title(s) (Typed) | 1. | 2. | | | |

| Bond Premium ▶ | Rate Per Thousand ($) | Total ($) |
|---|---|---|
| | | |

## Instructions

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "Corporate Surety(ies)." In the space designated "Surety(ies)" on the face of the form, insert only the letter identification of the sureties.

   (b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

6. Unless otherwise specified, the bond shall be submitted to the contracting office that awarded the contract.

**STANDARD FORM 1418** (REV. 10/2023) **PAGE 3**

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (MVCB), 1800 F Street, NW, Washington, DC 20405.

| Reinsurance Agreement For A Bonds Statute Performance Bond (See instructions on Page 3) | OMB Control Number: 9000-0001  Expiration Date: 1/31/2027 |
|---|---|

| 1. Direct Writing Company*  John Dennis Rasmussen  210 S.W. Morrison Street Suite 600  Portland, Oregon [97281-1935] | 1A. Date Direct Writing Company Executes This Agreement  OPEN |
| | 1B. State Of Incorporation  Oregon - 033005 |
| 2. Reinsuring Company*  Depository Trust and Clearing Corporation  570 Washington Blvd.  Jersey City, New Jersey [07310] | 2A. Amount Of This Reinsurance ($) |
| | 2B. Date Reinsuring Company Executes This Agreement  OPEN |
| | 2C. State Of Incorporation |

| 3. Description Of Contract | 4. Description Of Bond |
|---|---|
| 3A. Amount Of Contract | 4A. Penal Sum Of Bond |
| 3B. Contract Date   3C. Contract Number | 4B. Date Of Bond   4C. Bond Number |
| 3D. Description Of Contract | 4D. Principal* |
| 3E. Contracting Agency | 4E. State Of Incorporation (If Corporate Principal) |

*Items 1, 2, 4D - Furnish legal name, business address and ZIP Code.

Authorized For Local Reproduction
Previous Edition Is Not Usable

**STANDARD FORM 273 (REV. 10/2023)**
Prescribed by GSA - FAR (48 CFR) 53.228(h)

Agreement:

(a) The Direct Writing Company named above is bound as surety to the United States of America on the performance bond described above, wherein the above described is the principal, for the protection of the United States on the contract described above. The contract is for the construction, alteration, or repair of a public building or public work of the United States, and the performance bond was furnished to the United States under 40 U.S.C. chapter 31, subchapter III, Bonds, known as the Bonds Statute. The Direct Writing Company has applied to the Reinsuring Company named above to be reinsured and counter-secured in the amount shown opposite the name of the Reinsuring Company (referred to as the "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the performance bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of the agreement.

Terms And Conditions:

(a) The purpose and intent of this agreement is to guarantee and indemnify the United States against loss under the performance and to the extent of the "Amount of this Reinsurance," or any sum less than the "Amount of this Reinsurance" that is owing and unpaid by the Direct Writing Company to the United States under the performance bond.

(b) If the Direct Writing Company fails to pay any default under the performance bond equal to or in excess of the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States, the obligee on the performance bond, the "Amount of this Reinsurance." If the Direct Writing Company fails to pay to the United States any default for a sum less than the "Amount of this Reinsurance" the Reinsuring Company covenants and agrees to pay to the United States the full amount of the default, or so much thereof that is not paid to the United States by the Direct Writing Company.

(c) If there is a default on the performance bond for the "Amount of this Reinsurance," or more, the Reinsuring Company and the Direct Writing Company hereby covenant and agree that the United States may bring suit against the Reinsuring Company for the "Amount of this Reinsurance" or, in case the amount of the default is for less than the "Amount of this Reinsurance," for the full amount of the default.

Witness:

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing power to sign this instrument, and to be duly attested by officers empowered thereto, on the day and date above written opposite their respective names.

| 5. Direct Writing Company | | |
|---|---|---|
| 5A(1) Signature | (2) Attest: Signature | Corporate Seal |
| 5B(1) Name And Title (Typed)<br>JOHN D. RASMUSSEN | (2) Name And Title (Typed)<br>JOHN D. RASMUSSEN<br>Authorized Representative | |

STANDARD FORM 273 (REV. 10/2023) PAGE 2

| 6. Reinsuring Company | | | |
|---|---|---|---|
| 6A(1) Signature | (2) Attest: Signature | | Corporate Seal |
| 6B(1) Name And Title (Typed)  JOHN D. RASMUSSEN | (2) Name And Title (Typed)  JOHN D. RASMUSSEN  Authorized Representative | | |

**Instructions**

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Bonds Statute performance bonds running to the United States. See FAR (48 CFR) 28.202(a)(4) and 53.228(h).

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.

One copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of the Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.

**Paperwork Reduction Act Statement**

This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (MVCB), 1800 F Street, NW, Washington, DC 20405.

**STANDARD FORM 273** (REV. 10/2023) **PAGE 3**

| Reinsurance Agreement For A Bonds Statute Payment Bond (See instructions on Page 4) | OMB Control Number: 9000-0001 Expiration Date: 1/31/2027 |
|---|---|

| 1. Direct Writing Company* | 1A. Date Direct Writing Company Executes This Agreement |
|---|---|
| John Dennis Rasmussen 65465 Market Lane Cove, Oregon [97824] | OPEN |
| | 1B. State Of Incorporation |
| | Oregon - 033005 |

| 2. Reinsuring Company* | 2A. Amount Of This Reinsurance |
|---|---|
| Depository Trust and Clearing Corporation 570 Washington Blvd. Jersey City, New Jersey [07310] | $ |
| | 2B. Date Reinsuring Company Executes This Agreement |
| | OPEN |
| | 2C. State Of Incorporation |

| 3. Description Of Contract | 4. Description Of Bond | |
|---|---|---|
| 3A. Amount Of Contract | 4A. Penal Sum Of Bond | |

| 3B. Contract Date | 3C. Contract Number | 4B. Date Of Bond | 4C. Bond Number |
|---|---|---|---|

| 3D. Description Of Contract | 4D. Principal* |
|---|---|
| Performance Bond Case No: RE 2:19-CV-1077-JR Peter M. Gabriel #171964 210 S.W. Morrison Street Suite 600 Portland, Oregon [97281-1935] | John Dennis Rasmussen 65465 Market Lane Cove, Oregon [97824] |

| 3E. Contracting Agency | 4E. State Of Incorporation (If Corporate Principal) |
|---|---|

*Items 1, 2 ,4D - furnished legal name, business address and ZIP Code.

| Authorized For Local Reproduction Previous Edition Is Not Usable | STANDARD FORM 274 (REV. 10/2023) Prescribed by GSA - FAR (48 CFR) 53.228(i) |
|---|---|

Agreement:

(a) The Direct Writing Company named above is bound as a surety on the payment bond described above, wherein the above described is the principal, for the protection of all persons supplying labor and material on the contract described above, which is for the construction, alteration, or repair of a public building or public work of the United States.  The payment bond is for the use of persons supplying labor or material, and is furnished to the United States under 40 U.S.C. chapter 31, subchapter III, Bonds, known as the Bonds Statute.  The Direct Writing Company has applied to the Reinsuring Company named above to be reinsured and counter-secured in the amount above opposite the name of the Reinsuring Company (referred to as "Amount Of This Reinsurance"), or for whatever amount less than the  "Amount Of This Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the payments bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

Terms And Conditions:

The purpose and intent of this agreement is (a) to guarantee and indemnify the persons who have furnished or supplied labor or material in the prosecution of the work provided for in the contract referred to above (hereinafter referred to as "laborers and materialmen," the term "materialmen" including persons having a direct contractual relation with a subcontractor but no contractual relationship expressed or implied with the contractor who has furnished the said payment bond) against loss under the payment bond to the extent of the "Amount Of This Reinsurance," or for any sum less than the "Amount Of This Reinsurance," that is owing and unpaid by the Direct Writing Company to the "laborers and materialmen" on the payment bond; and (b) to make the "laborers and materialmen" obligees under this Reinsurance Agreement to the same extent as if their respective names were written herein.

Therefore:

1. The Reinsuring Company covenants and agrees -

(a) To pay the "Amount Of This Reinsurance" to the "laborers and materialmen" in the event of the Direct Writing Company's failure to pay to the "laborers and materialmen" any default under the payment bond equal to or in excess of the "Amount Of This Reinsurance;" and

(b) To pay (1) the full amount to the "laborers and materialmen," or (2) the amount not paid to them by the Direct Writing Company; in case the Direct Writing Company fails to pay the "laborers and materialmen" any default under the payment bond less than the "Amount Of This Reinsurance."

2. The Reinsuring Company and the Direct Writing Company covenant and agree that, in the case of default on the payment bond for the "Amount Of This Reinsurance," or more, the persons given a "right of action" or a "right to sue" on the payment bond by 40 U.S.C. 3133 may bring suit against the Reinsuring Company in the United States District Court for the district in which the contract described above is to be performed and executed for the "Amount Of This Reinsurance" or, if the amount of the default is for less than the "Amount Of This Reinsurance," for whatever the full amount of the default may be. The Reinsuring Company further covenants and agrees to comply with all requirements necessary to give such court jurisdiction, and to consent to determination of matters arising under this Reinsurance Agreement in accordance with the law and practice of the court. It is expressly understood by the parties that the rights, powers, and privileges given in this paragraph to persons are in addition to or supplemental to or in accordance with other rights, powers, and privileges which they might have under the statutes of the United States, any States, or the other laws of either, and should not be construed as limitations.

3. The Reinsuring Company and the Direct Writing Company further covenant and agree that the Reinsuring Company designates the process agent, appointed by the Direct Writing Company in the district in which the contract is to be performed and executed, as an agent to accept service of process in any suit instituted on this Reinsurance Agreement, and that the process agent shall send, by registered mail, to the Reinsuring Company at its principal place of business shown above, a copy of the process.

4. The Reinsuring Company and the Direct Writing Company further covenant and agree that this Reinsurance Agreement is an integral part of the payment bond.

Witness:

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing the power to sign this instrument, and to be duly attested to by officers empowered thereto, on the day and date in Item 1A written opposite their respective names.

---

**5. Direct Writing Company**

| 5A. (1) Signature | (2) Attest: Signature | Corporate |
|---|---|---|
| 5B. (1) Name And Title (Typed)<br>JOHN D. RASMUSSEN | (2) Name And Title (Typed)<br>JOHN D. RASMUSSEN<br>Authorized Representative | Seal |

**6. Reinsuring Company**

| 6A. (1) Signature | (2) Attest: Signature | Corporate |
|---|---|---|
| 6B. (1) Name And Title (Typed)<br>JOHN D. RASMUSSEN | (2) Name And Title (Typed)<br>JOHN D. RASMUSSEN<br>Authorized Representative | Seal |

STANDARD FORM 274 (REV. 10/2023) PAGE 3

## Instructions

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Bonds Statute payment bonds running to the United States.  See FAR (48 CFR) 28.202(a)(4) and 53.228(i).

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in bid or proposal.

One copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filled with the Department of Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company.  Each Reinsuring Company should use a separate form.

## Paperwork Reduction Act Statement

This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995.  You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number.  The OMB control number for this collection is 9000-0001.  We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions.  Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to:  U S. General Services Administration, Regulatory Secretariat Division (MVCB), 1800 F Street, NW, Washington, DC  20405.

| Reinsurance Agreement In Favor Of The United States (See instructions on Page 3) | OMB Control Number: 9000-0001 Expiration Date: 1/31/2027 |
|---|---|

| 1. Direct Writing Company*<br><br>John Dennis Rasmussen<br>65465 Market Lane<br>Cove, Oregon [97824] | 1A. Date Direct Writing Company Executes This Agreement<br>OPEN |
|---|---|
| | 1B. State of Incorporation<br>Oregon - 033005 |

| 2. Reinsuring Company*<br><br><br>Depository Trust and Clearing Corporation<br>570 Washington Blvd.<br>Jersey City, New Jersey [07310] | 2A. Amount of This Reinsurance ($) |
|---|---|
| | 2B. Date Reinsuring Company Executes This Agreement<br>OPEN |
| | 2C. State of Incorporation |

**3. Description of Bond**

| 3A. Description of Bond (Type, purpose, etc.) (If associated with contract number, date, amount, etc., include name of Government agency involved.)<br><br><br>Payment Bond<br>Payment Settlement of Contract<br>Peter M. Gabriel #171964<br>210 S.W. Morrison Street Suite 600<br>Portland, Oregon [97281-1935] | 3B. Penal Sum of Bond<br>$ |
|---|---|
| | 3C. Date of Bond    3D. Bond Number<br>OPEN          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 |
| | 3E. Principal*<br>John Dennis Rasmussen<br>65465 Market Lane<br>Cove, Oregon [97824] |
| | 3F. State of Incorporation (If corporate principal) |

**Agreement:**

(a) The Direct Writing Company named above is bound as surety to the United States of America, on the bond described above, wherein the above-named is the principal. The bond is given for the protection of the United States and the Direct Writing Company has applied to the above Reinsuring Company to be reinsured and counter-secured in the amount shown opposite the name of the Reinsuring Company (referred to as the "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

**Terms and Conditions:**

The purpose and intent of this agreement is to guarantee and indemnify the United States against loss under the bond to the extent of the "Amount of this Reinsurance," or for any less sum than the "Amount of this Reinsurance," that is owing and unpaid by the Direct Writing Company to the United States.

*Items 1, 2, 3E - Furnish legal name, business address and ZIP Code.

| Authorized For Local Reproduction<br>Previous Edition Is Not usable | STANDARD FORM 275 (REV. 10/2023)<br>Prescribed by GSA-FAR (48 CFR) 53.228(j) |
|---|---|

**Therefore:**

1. If the Direct Writing Company fails to pay any default under the bond equal to or in excess of the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States, the obligee on the bond, the "Amount of this Reinsurance." If the Direct Writing Company fails to pay to the United States any default for a sum less than the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States the full amount of the default, or so much thereof that is not paid to the United States by the Direct Writing Company.

2. The Reinsuring Company further covenants and agrees that in case of default on the bond for the "Amount of this Reinsurance," or more, the United States may sue the Reinsuring Company for the "Amount of this Reinsurance" or for the full amount of the default when the default is less than the "Amount of this Reinsurance."

**Witness**

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing power to sign this instrument, and to be duly attested to by officers empowered thereto, on the day and date above -- written opposite their respective names.

### 4. Direct Writing Company

| 4A(1). Signature | (2). Attest: Signature | Corporate Seal |
|---|---|---|
| 4B(1). Name and Title (Typed)<br>JOHN D. RASMUSSEN | 4B(2). Name and Title (Typed)<br>JOHN D. RASMUSSEN<br>Authorized Representative | |

### 5. Reinsuring Company

| 5A(1). Signature | (2). Attest: Signature | Corporate Seal |
|---|---|---|
| 5B(1). Name and Title (Typed)<br>JOHN D. RASMUSSEN | 5B(2). Name and Title (Typed)<br>JOHN D. RASMUSSEN<br>Authorized Representative | |

**STANDARD FORM 275** (REV. 10/2023) **PAGE 2**

## Instructions

**This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on bonds running to the United States except Miller Act Performance and Payment Bonds. See Federal Acquisition Regulation - Code of Federal Regulations at (48 CFR) 28.202(a)(4) and 53.228(j) and 31 CFR 223.11(b)(1). If this form is used to reinsure a bid bond, the "Penal Sum of Bond" and "Amount of this Reinsurance" may be expressed as percentage of the bid provided the actual amounts will not exceed the companies' respective underwriting limitations.**

**Execute and file this form as follows:**

**Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.**

**One carbon copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of Treasury.**

**Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.**

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (MVCB), 1800 F Street, NW, Washington, DC 20405.

**STANDARD FORM 275** (REV. 10/2023) **PAGE 3**

## RELEASE OF PERSONAL PROPERTY FROM ESCROW

Whereas _____ John Dennis Rasmussen _____ , of _____ Oregon - 033005 _____ , by a bond
              (Name)                     (Place of Residence)
for the performance of U.S. Government Contract Number _____ 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 _____ ,
became a surety for the complete and successful performance of said contract, and Whereas said
surety has placed certain personal property in escrow

in Account Number _____ RE 2:19-CV-1077-JR _____ on deposit

at _____ Peter M. Gabriel #171964 _____
            (Name of Financial Institution)

located at _____ 210 S.W. Morrison Street Suite 600 Portland, Oregon [97281-1935] _____ , and
            (Address of Financial Institution)

Whereas I, _____ John Dennis of the Rasmussen family _____ , being a duly authorized

representative of the United States government as a warranted contracting officer, have determined
that retention in escrow of the following property is no longer required to ensure further performance
of the said Government contract or satisfaction of claims arising therefrom:

    Peter M. Gabriel #171964; RE 2:19-CV-1077-JR. See GSA FORMS; sf 24; sf 25; sf 1418; sf 28; sf
    273; sf 274; sf 275 and 91.

and

Whereas the surety remains liable to the United States Government for the continued performance of
the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow the
property listed above, and directs the custodian of the aforementioned escrow account to deliver the
listed property to the surety. If the listed property comprises the whole of the property placed in
escrow in the aforementioned escrow account, the Government further directs the custodian to close
the account and to return all property therein to the surety, along with any interest accruing which
remains after the deduction of any fees lawfully owed to

_____ Peter M. Gabriel #171964 _____
    (Name of Financial Institution)

[Date] October 2, 2024         [Signature]
                                   Seal

AUTHORIZED FOR LOCAL REPRODUCTION

OPTIONAL FORM 91 (1-90)
Prescribed by GSA-FAR (48 CFR) 53.228(o)

**Certificate of Service of Process**

On or about this ___9th___ day of ___October___ 2024, I, _Mike Kennedy_ did place the foregoing document/s into USPS mail for service of process upon:

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON, PORTLAND DIVISION
ATTN: CLERK
1000 S.W. Third Ave.
Portland, Oregon [97204]
USPS Certified Mail No. 9589 0710 5270 0910 6149 81

DISCIPLINARY BOARD
Oregon State Bar
Client Assistance Office
P.O. Box 231935
Tigard, Oregon [97281-1935]
USPS Certified Mail No. 9589 0710 5270 0910 6149 74

_____ Process Server

John D. R[...]
1621 Spruce St.
La Grande, Oregon 97850

CERTIFIED MAIL

9589 0710 5270 0910 6149 81

Retail

U.S. POSTAGE-PAID
PM
PORTLAND, OR 97204
OCT 09, 2024

97204    $19.70

RDC 03    S2324N502263-44

United States District Court
District of Oregon, Portland Division
Attn: Clerk
1000 S.W. Third Ave
Portland, Oregon
             97204

9589 0710 5270 0910 6149 81